**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>(SEE *EXHIBIT 1* ATTACHED HERETO),<br><br>Defendant. | | Adv. Proc. Case Nos. (SEE *EXHIBIT 1*) |

### STATUS REPORT WITH RESPECT TO CERTAIN ADVERSARY MATTERS

Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, plaintiff in the above-referenced cases, hereby submits this status report pursuant to the scheduling order.

Attached hereto is the status for the above-referenced cases associated with Woodbridge Group of Companies, LLC, et al., Case No. 17-12560 (BLS).

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

Dated: January 4, 2021                    PACHULSKI STANG ZIEHL & JONES LLP

                                          */s/ Colin R. Robinson*
                                          Bradford J. Sandler (DE Bar No. 4142)
                                          Andrew W. Caine (CA Bar No. 110345)
                                          Colin R. Robinson (DE Bar No. 5524)
                                          919 North Market Street, 17th Floor
                                          P.O. Box 8705
                                          Wilmington, Delaware 19899 (Courier 19801)
                                          Telephone: 302-652-4100
                                          Fax: 302-652-4400
                                          Email: bsandler@pszjlaw.com
                                                  acaine@pszjlaw.com
                                                  crobinson@pszjlaw.com

                                          *Counsel to Plaintiff Michael Goldberg, as Liquidating*
                                          *Trustee of the Woodbridge Liquidation Trust*

**STATUS CATEGORY C:** List all cases where service is complete, no answer has been filed, and Plaintiff is making a motion or request for Default Judgment.

| Defendant(s) | Adv. Case No. | Comment |
|---|---|---|
| Christopher J Watson | 19-50848 | An entry of default has been entered by the Clerk and Plaintiff intends to file a request for default judgment. |
| IRA Services Trust Company, Custodian for the Benefit of Harold L. Lustig IRA; Harold L. Lustig | 19-50910 | An entry of default has been entered by the Clerk and Plaintiff intends to file a request for default judgment. |
| Eric Little | 19-50944 | Plaintiff intends to file a request for entry of default. |
| Christopher Longworth | 19-50928 | Plaintiff intends to file a request for entry of default. |

**STATUS CATEGORY E:** List all cases that have settled or resolved, but a notice or stipulation of dismissal cannot yet be filed.

| Defendant(s) | Adv. Case No. | Comment |
|---|---|---|
| Elizabeth Haskell | 19-50839 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Matthew Gilchrist | 19-50997 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Michael Skurich, Joyce Skurich | 19-50315 | This matter has been settled. Dismissal in progress. |
| Terry B. Griffin, in his capacity as Trustee of the Griffin Family Trust, Terry B. Griffin | 19-50744 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Mainstar Trust, Custodian for the Benefit of Marie Podkowinski, Marie Podkowinski | 19-50559 | Settlement in process.  Plaintiff will dismiss complaint once settlement is fully documented. |
| Mainstar Trust, Custodian For The Benefit Of Robert J & Arlene R Duenckel; Robert J Duenckel; Arlene R Duenckel | 19-50749 | Settlement in process.  Plaintiff will dismiss complaint once settlement is fully documented. |
| Yanitsha M. Feliciano | 19-51015 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |

**STATUS CATEGORY G:** Mediator has been selected or appointed.

| Defendant(s) | Adv. Case No. | Appointed/Selected Mediator |
|---|---|---|
| Thomas Furman | 19-50299 | Derek C. Abbott, Esq. |
| Stefan Kolosenko | 19-50301 | Counsel has requested the Court to appoint a mediator. |
| Alexander S. Aduna, Emma R. Aduna | 19-50307 | Ian Conner Bifferato, Esq. |
| Sylvan R. Jutte, Jeannette E. Jutte | 19-50308 | Ian Conner Bifferato, Esq. |
| Brian D. Korkus, Robin L. Korkus | 19-50309 | Ian Conner Bifferato, Esq. |
| Russell Bullis, Betsy Bullis | 19-50310 | Lucian B. Murley, Esq. |
| Mary M. Noyes, Gale E. Noyes | 19-50312 | Ian Conner Bifferato, Esq. |
| Darrell Sandison, Mattie Sandison | 19-50313 | Judith K. Fitzgerald, Esq. |
| Delton Christman, Jean Christman | 19-50314 | Ian Conner Bifferato, Esq. |
| Floyd G Davis, Lavonne J. Davis | 19-50317 | Ian Conner Bifferato, Esq. |
| George T. Iwahiro, Charlene M. Iwahiro | 19-50319 | Ian Conner Bifferato, Esq. |
| Toomas Heinmets, Pamela Heinmets | 19-50322 | Ian Conner Bifferato, Esq. |
| Richard E. Attig, Stephanie L. Attig | 19-50325 | Lucian B. Murley, Esq. |
| Jason Curtis | 19-50327 | Derek C. Abbott, Esq. |
| Janet V. Dues | 19-50328 | Ian Conner Bifferato, Esq. |
| Dena Falkenstein | 19-50329 | Ian Conner Bifferato, Esq. |
| Judy Karen Goodin | 19-50330 | Ian Conner Bifferato, Esq. |
| Dennis W. Hueth | 19-50331 | Ian Conner Bifferato, Esq. |
| Christian Lester | 19-50332 | Ian Conner Bifferato, Esq. |
| Joseph Lin | 19-50334 | Ian Conner Bifferato, Esq. |
| Jane Marshall | 19-50335 | Ian Conner Bifferato, Esq. |
| Laurence J. Nakasone | 19-50337 | Ian Conner Bifferato, Esq. |
| Blaine Phillips | 19-50338 | Ian Conner Bifferato, Esq. |
| George Edward Sargent | 19-50340 | Ian Conner Bifferato, Esq. |
| Jeff Schuster | 19-50341 | Ian Conner Bifferato, Esq. |
| Jennifer Tom | 19-50342 | Ian Conner Bifferato, Esq. |
| Anita Bedoya, Mark Bedoya | 19-50343 | Ian Conner Bifferato, Esq. |
| Anita Bedoya, Julian Duran | 19-50344 | Ian Conner Bifferato, Esq. |
| Ronald Cole | 19-50346 | Ian Conner Bifferato, Esq. |
| Ronald Draper | 19-50347 | Ian Conner Bifferato, Esq. |
| Stephen B. Moore | 19-50350 | Lucian B. Murley, Esq. |
| Lawrence J. Paynter | 19-50351 | Ian Conner Bifferato, Esq. |
| Nannette Tibbitts | 19-50353 | Ian Conner Bifferato, Esq. |
| Ascensus, LLC, Custodian for the Benefit of Donald L. Engle Jr. IRA, Donald L. Engle Jr. | 19-50566 | Leslie Berkoff, Esq. |
| Mainstar Trust, Custodian for the Benefit of Lorie Gorman, Lorie Gorman | 19-50567 | Lucian B. Murley, Esq. |
| IRA Services Trust Company, Custodian for the Benefit of James C. Chang IRA, James C Chang | 19-50576 | Lucian B. Murley, Esq. |
| Mainstar Trust, Custodian for the Benefit of John Korbierecki, John Korbierecki | 19-50578 | Lucian B. Murley, Esq. |
| IRA Services Trust Company, Custodian for the Benefit of Dwight L. Atherton | 19-50581 | Derek C. Abbott, Esq. |

| Defendant(s) | Adv. Case No. | Appointed/Selected Mediator |
|---|---|---|
| IRA, Dwight L Atherton | | |
| Ascensus, LLC, Custodian for the Benefit of Deborah J. Murphy IRA, Deborah J. Murphy | 19-50583 | Counsel has requested the Court to appoint a mediator. |
| Ascensus, LLC, Custodian for the Benefit of Larry A. Norton IRA, Larry A. Norton | 19-50586 | Judith K. Fitzgerald, Esq. |
| Paul F. Happersett, in his capacity as Trustee of the Paul F. Happersett Revocable Living Trust Agreement Dated 07/15/98, Paul F. Happersett | 19-50735 | Ian Conner Bifferato, Esq. |
| Anthony Arthur Meola Jr., in his capacity as Trustee of the Anthony Arthur Meola Jr. 2008 Trust, Anthony Arthur Meola Jr. | 19-50741 | Ian Conner Bifferato, Esq. |
| Mainstar Trust, Custodian for the Benefit of Timothy Hawley, Timothy Hawley | 19-50750 | Ian Conner Bifferato, Esq. |
| Irmgard Herrmann | 19-50752 | Ian Conner Bifferato, Esq. |
| Christ Temple Baptist Church | 19-50756 | Ian Conner Bifferato, Esq. |
| Provident Trust Group, LLC, Custodian for the Benefit of John B. Smith IRA, John B Smith | 19-50760 | Derek C. Abbott, Esq. |
| Mainstar Trust, Custodian for the Benefit of Sherry L. Collver, Sherry L. Collver | 19-50794 | Leslie Berkoff, Esq. |
| Mainstar Trust, Custodian for the Benefit of Jeanne Marie Spezia; Jeanne Marie Spezia | 19-50806 | Leslie Berkoff, Esq. |
| IRA Services Trust Company, Custodian for the Benefit of Lynette Eddy IRA, Lynette Eddy | 19-50808 | Judith K. Fitzgerald, Esq. |
| IRA Services Trust Company, Custodian For The Benefit of Earl Eddy IRA, Earl Eddy | 19-50814 | Judith K. Fitzgerald, Esq. |
| Marcella P. Best | 19-50819 | Leslie Berkoff, Esq. |
| Althea McCormick | 19-50823 | Ian Conner Bifferato, Esq. |
| Kirk W Chubka | 19-50826 | Counsel has requested the Court to appoint a mediator. |
| Mary Ellen Nuhn | 19-50829 | Counsel has requested the Court to appoint a mediator. |
| Ascensus, LLC d/b/a Provident Trust Group, Custodian for the Benefit of Sharon R. Ferry IRA, Sharon R. Ferry | 19-50831 | Lucian B. Murley, Esq. |
| Clayton Nakasone | 19-50832 | Ian Conner Bifferato, Esq. |
| Hart Placement Agency, Inc. | 19-50847 | Judith K. Fitzgerald, Esq. |
| Robert Elmer | 19-50850 | Ian Conner Bifferato, Esq. |
| Peter Greenberg | 19-50855 | Ian Conner Bifferato, Esq. |
| Kathy Hagen, in her Capacity as Trustee to the Kathy A. Hagen Declaration of Trust Dated March 2,1998; Kathy Hagen | 19-50869 | Lucian B. Murley, Esq. |

| Defendant(s) | Adv. Case No. | Appointed/Selected Mediator |
|---|---|---|
| Mary J. Happersett, in her Capacity as Trustee of the Mary J. Happersett Revocable Living Trust Agreement Dated 07/15/98, Mary J. Happersett | 19-50870 | Ian Conner Bifferato, Esq. |
| Fred Randhahn; Karen Randhahn; Ascensus, LLC d/b/a Provident Trust Group, Custodian for the Benefit of Antelope Women's Center 401K PSP for the Benefit of Karen Randhahn; Kronos Global Advisors, Inc. | 19-50908 | Ian Conner Bifferato, Esq. |
| Phillip Ball (aka Larry Ball) | 19-50913 | Counsel has requested the Court to appoint a mediator. |
| Michael Kandravi | 19-50914 | Ian Conner Bifferato, Esq. |
| Maxwell Financial Group, Inc. | 19-50915 | Derek C. Abbott, Esq. |
| Kim Butler | 19-50917 | Leslie Berkoff, Esq. |
| Joseph Rubin Inc., a New York corporation, Joseph Rubin | 19-50918 | Judith K. Fitzgerald, Esq. |
| Mark Goldfinger | 19-50920 | Leslie Berkoff, Esq. |
| All Mark Insurance Services, Inc., Cameron Johnson | 19-50921 | Leslie Berkoff, Esq. |
| Chris Dantin Financial Services, LLC, Chris A. Dantin, Sr. | 19-50922 | Derek C. Abbott, Esq. |
| Danny Van Houten | 19-50927 | Judith K. Fitzgerald, Esq. |
| Retirement Services LLC | 19-50931 | Leslie Berkoff, Esq. |
| Jerome Schwartz, Associated Insurance Group, Incorporated | 19-50938 | Judith K. Fitzgerald, Esq. |
| Roger L. Owens, Jennifer M. Lepore | 19-50940 | Ian Conner Bifferato, Esq. |
| Frontier Advisors Group LLC, David Nichols | 19-50945 | Derek C. Abbott, Esq. |
| John Fagan | 19-50947 | Ian Conner Bifferato, Esq. |
| Ivy League College Planning Strategies, Inc., Michael Rappa | 19-50951 | Judith K. Fitzgerald, Esq. |
| James Lamont | 19-50952 | Ian Conner Bifferato, Esq. |
| Gregg W. Butler | 19-50958 | Counsel has requested the Court to appoint a mediator. |
| Gerard J. O'Neill | 19-50964 | Ian Conner Bifferato, Esq. |
| James E. Campbell Jr. Inc. (d/b/a Campbell Financial Corp.), and James E. Campbell, Jr. | 19-50965 | Lucian B. Murley, Esq. |
| David Keledjian | 19-50973 | Ian Conner Bifferato, Esq. |
| Harold Plain | 19-50974 | Counsel has requested the Court to appoint a mediator. |
| Joseph W. Isaac | 19-50976 | Leslie Berkoff, Esq. |
| Randy Robertson | 19-50977 | Leslie Berkoff, Esq. |
| Joseph A. Loox | 19-50978 | Counsel has requested the Court to appoint a mediator. |
| Matthew Lorenc | 19-50979 | Judith K. Fitzgerald, Esq. |
| Donovan Knowles | 19-50980 | Judith K. Fitzgerald, Esq. |
| Gregory Jandt | 19-50981 | Ian Conner Bifferato, Esq. |

| Defendant(s) | Adv. Case No. | Appointed/Selected Mediator |
|---|---|---|
| James A. Klohn & Assoc., P.A. | 19-50989 | Ian Conner Bifferato, Esq. |
| John J. McNamara | 19-50998 | Ian Conner Bifferato, Esq. |
| David Valencia, Valencia Financial Services, LLC | 19-51000 | Leslie Berkoff, Esq. |
| Bette Tydings | 19-51002 | Counsel has requested the Court to appoint a mediator. |
| Ricki Dean Wiggs a/k/a Ricki Wiggs | 19-51003 | Ian Conner Bifferato, Esq. |
| Retirement Planning Solutions, LLC, Gordon Hannah | 19-51004 | Derek C. Abbott, Esq. |
| Daniel P. Orfin | 19-51005 | Lucian B. Murley, Esq. |
| Dennis Drake, Mid-Atlantic Brokers, Inc. | 19-51006 | Ian Conner Bifferato, Esq. |
| Dan Reisinger | 19-51007 | Ian Conner Bifferato, Esq. |
| Richard Anthony Miller | 19-51008 | Counsel has requested the Court to appoint a mediator. |
| Harris Financial Management and John G. Harris | 19-51011 | Judith K. Fitzgerald, Esq. |
| Gaulan Financial LLC | 19-51012 | Derek C. Abbott, Esq. |
| Legacy Financial Network and Retirement Services, Inc. and Jeffrey Nimmow | 19-51016 | Lucian B. Murley, Esq. |
| Searchlight Financial Advisors, LLC, Caroline Rakness | 19-51022 | Leslie Berkoff, Esq. |
| Michael P. Litwin | 19-51023 | Ian Conner Bifferato, Esq. |
| Kenneth Halbert | 19-51027 | Ian Conner Bifferato, Esq. |
| Alfred S. Malianni, In His Capacity As Co-Trustee Of The Alfred S. And Gail E. Malianni Revocable Living Trust January 15, 2011; Gail E. Malianni, in her capacity as co-trustee of the Alfred S. and Gail E. Malianni Revocable Living Trust January 15, 2011; Alfred S. Malianni; Gail E. Maliani | 19-51034 | Stipulation appointing Lucian B. Murley, Esq. will be filed shortly. |
| Basic Financial Services Inc., Basic Wealth Advisors, Inc., Fred C. Johnson | 19-51039 | Ian Conner Bifferato, Esq. |
| TWH Annuities & Insurance Agency, Inc., Gryphon Financial Services | 19-51042 | Derek C. Abbott, Esq. |
| Sycamore Group, Inc., Bender W. Mackey | 19-51043 | Ian Conner Bifferato, Esq. |
| Uma Gajavada | 19-51046 | Derek C. Abbott, Esq. |
| Jay N. Brown | 19-51047 | Counsel has requested the Court to appoint a mediator. |
| Robert Biscardi Jr. | 19-51048 | Stipulation appointing Lucian B. Murley, Esq. will be filed shortly |
| Arash Tashvighi | 19-51049 | Stipulation appointing Lucian B. Murley, Esq. will be filed shortly |

| Defendant(s) | Adv. Case No. | Appointed/Selected Mediator |
|---|---|---|
| Ascensus, LLC, Administrator and Custodian for the Benefit of Christopher M. Soulier Roth IRA, Christopher M. Soulier | 19-51050 | Counsel has requested the Court to appoint a mediator. |
| To The Max Marketing, Inc. | 19-51066 | Ian Conner Bifferato, Esq. |
| Structured Strategies, LLC, Alan K. Hoffman | 19-51067 | Counsel has requested the Court to appoint a mediator. |
| Deb Brundage | 19-51069 | Counsel has requested the Court to appoint a mediator. |
| Matthew Schwartz, Matte Black Inc. | 19-51077 | Ian Conner Bifferato, Esq. |
| Ascensus, LLC, Custodian for the Benefit of Gail Marie Bush IRA, Gail Marie Bush, Gail Marie Bush as Trustee of the Gail Marie Bush Trust Dated 12/21/2001 | 19-51133 | Ian Conner Bifferato, Esq. |
| IRA Services Trust Company, Custodian for the Benefit of Richard Derf Sep IRA, Richard Derf | 19-51136 | Judith K. Fitzgerald, Esq. |
| Harry R. Culotta, in his Capacity as Trustee of the Harry R. Culotta Trust Dated 11/16/16, Harry R. Culotta | 19-51138 | Ian Conner Bifferato, Esq. |

# **EXHIBIT 1**

| Defendant(s) | Adv. Case No. |
|---|---|
| Christopher J Watson | 19-50848 |
| IRA Services Trust Company, Custodian for the Benefit of Harold L. Lustig IRA; Harold L. Lustig | 19-50910 |
| Eric Little | 19-50944 |
| Christopher Longworth | 19-50928 |
| Elizabeth Haskell | 19-50839 |
| Matthew Gilchrist | 19-50997 |
| Michael Skurich, Joyce Skurich | 19-50315 |
| Terry B. Griffin, in his capacity as Trustee of the Griffin Family Trust, Terry B. Griffin | 19-50744 |
| Mainstar Trust, Custodian for the Benefit of Marie Podkowinski, Marie Podkowinski | 19-50559 |
| Mainstar Trust, Custodian For The Benefit Of Robert J & Arlene R Duenckel; Robert J Duenckel; Arlene R Duenckel | 19-50749 |
| Yanitsha M. Feliciano | 19-51015 |
| Thomas Furman | 19-50299 |
| Stefan Kolosenko | 19-50301 |
| Alexander S. Aduna, Emma R. Aduna | 19-50307 |
| Sylvan R. Jutte, Jeannette E. Jutte | 19-50308 |
| Brian D. Korkus, Robin L. Korkus | 19-50309 |
| Russell Bullis, Betsy Bullis | 19-50310 |
| Mary M. Noyes, Gale E. Noyes | 19-50312 |
| Darrell Sandison, Mattie Sandison | 19-50313 |
| Delton Christman, Jean Christman | 19-50314 |
| Floyd G Davis, Lavonne J. Davis | 19-50317 |
| George T. Iwahiro, Charlene M. Iwahiro | 19-50319 |
| Toomas Heinmets, Pamela Heinmets | 19-50322 |
| Richard E. Attig, Stephanie L. Attig | 19-50325 |
| Jason Curtis | 19-50327 |
| Janet V. Dues | 19-50328 |
| Dena Falkenstein | 19-50329 |
| Judy Karen Goodin | 19-50330 |
| Dennis W. Hueth | 19-50331 |
| Christian Lester | 19-50332 |
| Joseph Lin | 19-50334 |
| Jane Marshall | 19-50335 |
| Laurence J. Nakasone | 19-50337 |
| Blaine Phillips | 19-50338 |
| George Edward Sargent | 19-50340 |
| Jeff Schuster | 19-50341 |
| Jennifer Tom | 19-50342 |
| Anita Bedoya, Mark Bedoya | 19-50343 |
| Anita Bedoya, Julian Duran | 19-50344 |

| Defendant(s) | Adv. Case No. |
|---|---|
| Ronald Cole | 19-50346 |
| Ronald Draper | 19-50347 |
| Stephen B. Moore | 19-50350 |
| Lawrence J. Paynter | 19-50351 |
| Nannette Tibbitts | 19-50353 |
| Ascensus, LLC, Custodian for the Benefit of Donald L. Engle Jr. IRA, Donald L. Engle Jr. | 19-50566 |
| Mainstar Trust, Custodian for the Benefit of Lorie Gorman, Lorie Gorman | 19-50567 |
| IRA Services Trust Company, Custodian for the Benefit of James C. Chang IRA, James C Chang | 19-50576 |
| Mainstar Trust, Custodian for the Benefit of John Korbierecki, John Korbierecki | 19-50578 |
| IRA Services Trust Company, Custodian for the Benefit of Dwight L. Atherton IRA, Dwight L Atherton | 19-50581 |
| Ascensus, LLC, Custodian for the Benefit of Deborah J. Murphy IRA, Deborah J. Murphy | 19-50583 |
| Ascensus, LLC, Custodian for the Benefit of Larry A. Norton IRA, Larry A. Norton | 19-50586 |
| Paul F. Happersett, in his capacity as Trustee of the Paul F. Happersett Revocable Living Trust Agreement Dated 07/15/98, Paul F. Happersett | 19-50735 |
| Anthony Arthur Meola Jr., in his capacity as Trustee of the Anthony Arthur Meola Jr. 2008 Trust, Anthony Arthur Meola Jr. | 19-50741 |
| Mainstar Trust, Custodian for the Benefit of Timothy Hawley, Timothy Hawley | 19-50750 |
| Irmgard Herrmann | 19-50752 |
| Christ Temple Baptist Church | 19-50756 |
| Provident Trust Group, LLC, Custodian for the Benefit of John B. Smith IRA, John B Smith | 19-50760 |
| Mainstar Trust, Custodian for the Benefit of Sherry L. Collver, Sherry L. Collver | 19-50794 |
| Mainstar Trust, Custodian for the Benefit of Jeanne Marie Spezia; Jeanne Marie Spezia | 19-50806 |
| IRA Services Trust Company, Custodian for the Benefit of Lynette Eddy IRA, Lynette Eddy | 19-50808 |
| IRA Services Trust Company, Custodian For The Benefit of Earl Eddy IRA, Earl Eddy | 19-50814 |
| Marcella P. Best | 19-50819 |
| Althea McCormick | 19-50823 |
| Kirk W Chubka | 19-50826 |
| Mary Ellen Nuhn | 19-50829 |
| Ascensus, LLC d/b/a Provident Trust Group, Custodian for the Benefit of Sharon R. Ferry IRA, Sharon R. Ferry | 19-50831 |
| Clayton Nakasone | 19-50832 |
| Hart Placement Agency, Inc. | 19-50847 |
| Robert Elmer | 19-50850 |
| Peter Greenberg | 19-50855 |
| Kathy Hagen, in her Capacity as Trustee to the Kathy A. Hagen Declaration of Trust Dated March 2,1998; Kathy Hagen | 19-50869 |
| Mary J. Happersett, in her Capacity as Trustee of the Mary J. Happersett Revocable Living Trust Agreement Dated 07/15/98, Mary J. Happersett | 19-50870 |
| Fred Randhahn; Karen Randhahn; Ascensus, LLC d/b/a Provident Trust Group, | 19-50908 |

| Defendant(s) | Adv. Case No. |
|---|---|
| Custodian for the Benefit of Antelope Women's Center 401K PSP for the Benefit of Karen Randhahn; Kronos Global Advisors, Inc. | |
| Phillip Ball (aka Larry Ball) | 19-50913 |
| Michael Kandravi | 19-50914 |
| Maxwell Financial Group, Inc. | 19-50915 |
| Kim Butler | 19-50917 |
| Joseph Rubin Inc., a New York corporation, Joseph Rubin | 19-50918 |
| Mark Goldfinger | 19-50920 |
| All Mark Insurance Services, Inc., Cameron Johnson | 19-50921 |
| Chris Dantin Financial Services, LLC, Chris A. Dantin, Sr. | 19-50922 |
| Danny Van Houten | 19-50927 |
| Retirement Services LLC | 19-50931 |
| Jerome Schwartz, Associated Insurance Group, Incorporated | 19-50938 |
| Roger L. Owens, Jennifer M. Lepore | 19-50940 |
| Frontier Advisors Group LLC, David Nichols | 19-50945 |
| John Fagan | 19-50947 |
| Ivy League College Planning Strategies, Inc., Michael Rappa | 19-50951 |
| James Lamont | 19-50952 |
| Gregg W. Butler | 19-50958 |
| Gerard J. O'Neill | 19-50964 |
| James E. Campbell Jr. Inc. (d/b/a Campbell Financial Corp.), and James E. Campbell, Jr. | 19-50965 |
| David Keledjian | 19-50973 |
| Harold Plain | 19-50974 |
| Joseph W. Isaac | 19-50976 |
| Randy Robertson | 19-50977 |
| Joseph A. Loox | 19-50978 |
| Matthew Lorenc | 19-50979 |
| Donovan Knowles | 19-50980 |
| Gregory Jandt | 19-50981 |
| James A. Klohn & Assoc., P.A. | 19-50989 |
| John J. McNamara | 19-50998 |
| David Valencia, Valencia Financial Services, LLC | 19-51000 |
| Bette Tydings | 19-51002 |
| Ricki Dean Wiggs a/k/a Ricki Wiggs | 19-51003 |
| Retirement Planning Solutions, LLC, Gordon Hannah | 19-51004 |
| Daniel P. Orfin | 19-51005 |
| Dennis Drake, Mid-Atlantic Brokers, Inc. | 19-51006 |
| Dan Reisinger | 19-51007 |
| Richard Anthony Miller | 19-51008 |
| Harris Financial Management and John G. Harris | 19-51011 |
| Gaulan Financial LLC | 19-51012 |
| Legacy Financial Network and Retirement Services, Inc. and Jeffrey Nimmow | 19-51016 |
| Searchlight Financial Advisors, LLC, Caroline Rakness | 19-51022 |
| Michael P. Litwin | 19-51023 |
| Kenneth Halbert | 19-51027 |
| Alfred S. Malianni, In His Capacity As Co-Trustee Of The Alfred S. And Gail E. | 19-51034 |

| Defendant(s) | Adv. Case No. |
|---|---|
| Malianni Revocable Living Trust January 15, 2011; Gail E. Malianni, in her capacity as co-trustee of the Alfred S. and Gail E. Malianni Revocable Living Trust January 15, 2011; Alfred S. Malianni; Gail E. Maliani | |
| Basic Financial Services Inc., Basic Wealth Advisors, Inc., Fred C. Johnson | 19-51039 |
| TWH Annuities & Insurance Agency, Inc., Gryphon Financial Services | 19-51042 |
| Sycamore Group, Inc., Bender W. Mackey | 19-51043 |
| Uma Gajavada | 19-51046 |
| Jay N. Brown | 19-51047 |
| Robert Biscardi Jr. | 19-51048 |
| Arash Tashvighi | 19-51049 |
| Ascensus, LLC, Administrator and Custodian for the Benefit of Christopher M. Soulier Roth IRA, Christopher M. Soulier | 19-51050 |
| To The Max Marketing, Inc. | 19-51066 |
| Structured Strategies, LLC, Alan K. Hoffman | 19-51067 |
| Deb Brundage | 19-51069 |
| Matthew Schwartz, Matte Black Inc. | 19-51077 |
| Ascensus, LLC, Custodian for the Benefit of Gail Marie Bush IRA, Gail Marie Bush, Gail Marie Bush as Trustee of the Gail Marie Bush Trust Dated 12/21/2001 | 19-51133 |
| IRA Services Trust Company, Custodian for the Benefit of Richard Derf Sep IRA, Richard Derf | 19-51136 |
| Harry R. Culotta, in his Capacity as Trustee of the Harry R. Culotta Trust Dated 11/16/16, Harry R. Culotta | 19-51138 |