**EXHIBIT 1 TO ORDER**

**Stipulation**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>　　　　　　　　　　Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>KENNETH HALBERT,<br><br>　　　　　　　　　　Defendant. | Adversary Proceeding<br>No. 19-51027 (JKS) |

**STIPULATION EXTENDING DEADLINES TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Michael Goldberg (the "Plaintiff"), in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust has agreed, subject to this Court's approval, to defendant Kenneth Halbert (the "Defendant," and together with Plaintiff, the "Parties") request to extend the time to respond to the *Plaintiff's Motion for Leave to File Amended Complaint* [Adv. Pro. D.I. 53] (the "Motion"). Additionally, in connection with Defendant's request for additional time to respond to the Motion, Defendant has agreed to extend Plaintiff's time to file its reply to the Defendant's response. In support hereof, the Parties state as follows:

　　1.　The Plaintiff filed the Motion on July 12, 2021. Defendant has requested, and

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard, #302, Sherman Oaks, California 91423.

Plaintiff has agreed to extend the Defendant's time to respond to the Motion to August 2, 2021.

2. Defendant has agreed to extend Plaintiff's time to file its reply to Defendant's response to the Motion to August 16, 2021.

3. The Parties' entry into this Stipulation shall be without prejudice to the ability of the Parties to seek further extension of the deadlines set forth herein.

| | |
|---|---|
| Dated: July 22, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ Colin R. Robinson*
Richard M. Pachulski (CA Bar No. 90073)
Andrew W. Caine (CA Bar No. 110345)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Fax: 302-652-4400
Email: rpachulski@pszjlaw.com
acaine@pszjlaw.com
bsandler@pszjlaw.com
crobinson@pszjlaw.com

-and-

KTBS LAW LLP
*f/k/a Klee, Tuchin, Bogdanoff & Stern LLP*
Kenneth N. Klee (*pro hac vice*)
Michael L. Tuchin (*pro hac vice*)
David A. Fidler (*pro hac vice*)
Jonathan M. Weiss (*pro hac vice*)
1801 Century Park East, 26th Floor
Los Angeles, California 90067
Tel: (310) 407-4000
Fax: (310) 407-9090

*Counsel for the Plaintiff*

2

|  |  |
|---|---|
| Dated: July 23, 2021<br>Wilmington, Delaware | LEECH TISHMAN FUSCALDO & LAMPL, LLC<br><br>By:  */s/ Gregory W. Hauswirth*<br>Gregory W. Hauswirth (DE Bar No.5679)<br>1007 North Orange Street, 4th Floor<br>Wilmington, DE  19801<br>Telephone:  302.332.7181<br>Facsimile:   412.227.5551<br>ghauswirth@leechtishman.com<br><br>*and*<br><br>Patrick W. Carothers (PA Bar No. 85721)<br>525 William Penn Place, 28th Floor<br>Pittsburgh, PA  15219<br>Telephone:  412-261-1600<br>Facsimile:   412-227-5551<br>pcarothers@leechtishman.com<br><br>*and*<br><br>Robyn B. Sokol (CA Bar No. 159506)<br>200 South Los Robles Avenue, Suite 300<br>Pasadena, California<br>Telephone: 626-796-4000<br>Facsimile: 626-795-6321<br>rsokol@leechtishman.com<br><br>*Attorneys for Defendant, Kenneth Halbert* |