# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] <br><br> Remaining Debtors. | Chapter 11 <br><br> Case No. 17-12560 (BLS) <br><br> (Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> KENNETH HALBERT, <br><br> Defendant. | Adversary Proceeding No. 19-51027 (JKS) <br><br><br> JURY TRIAL DEMANDED |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Robyn B. Sokol of Leech Tishman Fuscaldo & Lampl, Inc. to represent the Defendant, Kenneth Halbert ("Halbert") in the above-referenced adversary proceeding.

Respectfully submitted,

LEECH TISHMAN FUSCALDO &
LAMPL, LLC

Dated: July 28, 2021
      Wilmington, Delaware

By: */s/ Gregory W. Hauswirth*
    Gregory W. Hauswirth (DE Bar No.5679)
    1007 North Orange Street, 4th Floor
    Wilmington, DE 19801
    Telephone: 302.332.7181
    Facsimile: 412.227.5551
    ghauswirth@leechtishman.com

    *Attorneys for Defendant, Kenneth Halbert*

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard, #302, Sherman Oaks, California 91423.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admissions to this Court, am admitted, practicing, and in good standing as a member of the State Bar of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

By:_____
Robyn B. Sokol (CA Bar No. 159506)*
LEECH TISHMAN FUSCALDO & LAMPL, INC.
200 South Los Robles Avenue, Suite 300
Pasadena, California
Telephone: 626.796.4000
Facsimile: 626.795.6321
rsokol@leechtishman.com

*Attorneys for Defendant, Kenneth Halbert*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.