# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (BLS) |
| | (Jointly Administered) |
| Remaining Debtors. | |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, | Adversary Proceeding No. 19-51027 (JKS) |
| Plaintiff, | |
| vs. | JURY TRIAL DEMANDED |
| KENNETH HALBERT, | |
| Defendant. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Bankruptcy Procedures 9010(b), Robyn B. Sokol hereby appears as legal counsel to Defendant, Kenneth Halbert ("Halbert"), and request that counsel for Halbert be added to the official mailing matrix and service lists in the above-captioned Adversary Proceeding.

**PLEASE TAKE FURTHER NOTICE** that Halbert hereby requests that all documents filed with the Court, all notices given or required to be given in this case, be given and served upon the following:

Robyn B. Sokol (CA Bar No. 159506)*
LEECH TISHMAN FUSCALDO & LAMPL, INC.
200 South Los Robles Avenue, Suite 300
Pasadena, California  91101
rsokol@leechtishman.com
Telephone: 626-796-4000
Facsimile: 626-795-6321

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard, #302, Sherman Oaks, California 91423.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes without limitation, all orders, notices, application, motions, petitions, pleadings, requests, complaints, demands, replies, answers, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, electronic mail, or otherwise.

Respectfully submitted,

LEECH TISHMAN FUSCALDO & LAMPL, LLC

Dated: July 28, 2021
Wilmington, Delaware

By: */s/ Gregory W. Hauswirth*
Gregory W. Hauswirth (DE Bar No.5679)
1007 North Orange Street, 4th Floor
Wilmington, DE  19801
Telephone:  302.332.7181
Facsimile:   412.227.5551
ghauswirth@leechtishman.com

*and*

Patrick W. Carothers (PA Bar No. 85721)
525 William Penn Place, 28th Floor
Pittsburgh, PA  15219
Telephone:  412-261-1600
Facsimile:   412-227-5551
pcarothers@leechtishman.com

*and*

Robyn B. Sokol (CA Bar No. 159506)*
LEECH TISHMAN FUSCALDO & LAMPL, INC.
200 South Los Robles Avenue, Suite 300
Pasadena, California
Telephone: 626.796.4000
Facsimile:  626.795.6321
rsokol@leechtishman.com

*Attorneys for Defendant, Kenneth Halbert*

(**Pro Hac Motion pending*)