IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| WOODBRIDGE GROUP OF | ) | |
| COMPANIES, LLC, *et al.*,[1] | ) | Case No. 17-12560 (BLS) |
| | ) | (Jointly Administered) |
| Remaining Debtors. | ) | |
| | ) | |
| MICHAEL GOLDERBG, in his capacity as | ) | |
| Liquidating Trustee of the WOODBRIDGE | ) | Adversary Proceeding No. 19-51027 (BLS) |
| LIQUIDATION TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH HALBERT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of **DEFENDANT, KENNETH HALBERT'S OPPOSITION TO MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** has been served upon counsel of record this 2nd day of August 2021, via CM/ECF and U.S. Mail, first-class, postage prepaid, as follows:

> Colin R Robinson, Esquire
> Bradford J. Sandler, Esquire
> Andrew W. Caine, Esquire
> PACHULSKI STANG ZIEHL & JONES LLP
> 919 North Market Street, 17th Floor
> Wilmington, DE 19899-8705
>
> (*Counsel to Plaintiff, Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust*)

*/s/ Gregory W. Hauswirth*

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard, #302, Sherman Oaks, California 91423.