IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, <br><br><br> MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, <br>          Plaintiff, <br> vs. <br> KENNETH HALBERT, <br>          Defendant. | ) Chapter 11 <br> ) <br> ) Case No. 17-12560 (JKS) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **Adv. Pro. No. 19-51027 (JKS)** <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Upon consideration of the *Plaintiff's Request for Oral Argument on Plaintiff's Motion for Leave to File Amended Complaint* [D.I. 63] and *Defendant's Request for Oral Argument* on *Plaintiff's Motion for Leave to File Amended Complaint* [D.I. 63] (Collectively, the "Requests"), IT IS HEREBY ORDERED THAT:

1.  The Requests are granted pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

2.  Oral argument on the *Plaintiff's Motion for Leave to File Amended Complaint* [D.I. 53] will be held on October 19, 2021 at 3:00 p.m. prevailing Eastern Time, on Zoom. All parties wishing to appear must do so by registering at the following link:

https://debuscourts.zoomgov.com/meeting/register/vJIsf-yppzIqEzWaxn5UYjNYs8I2i3xTE-c