**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>    Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*,<br><br>    Plaintiff,<br><br>v.<br><br>(SEE *EXHIBIT 1* ATTACHED HERETO),<br><br>    Defendant. | Adv. Proc. Case Nos. (SEE *EXHIBIT 1*) |

**STATUS REPORT WITH RESPECT TO CERTAIN ADVERSARY MATTERS**

  Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, plaintiff in the above-referenced cases, hereby submits this status report pursuant to the scheduling orders dated September 3, 2020 and September 15, 2020.

  Attached hereto is the status for the above-referenced cases associated with Woodbridge Group of Companies, LLC, *et al.*, Case No. 17-12560 (JKS).

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

Dated: September 3, 2021

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: 302-652-4100
Fax: 302-652-4400
Email: bsandler@pszjlaw.com
        acaine@pszjlaw.com
        crobinson@pszjlaw.com

*Counsel to Plaintiff Michael Goldberg, as Liquidating*
*Trustee of the Woodbridge Liquidation Trust*

**STATUS CATEGORY C:** List all cases where service is complete, no answer has been filed, and Plaintiff is making a motion or request for Default Judgment.

| Defendant(s) | Adv. Case No. | Comment |
|---|---|---|
| Eric Little | 19-50944 | Plaintiff intends to file a request for entry of default. |
| Christopher Longworth | 19-50928 | Plaintiff intends to file a request for entry of default. |

**STATUS CATEGORY E:** List all cases that have settled or resolved, but a notice or stipulation of dismissal cannot yet be filed.

| Defendant(s) | Adv. Case No. | Comment |
|---|---|---|
| Elizabeth Haskell | 19-50839 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Matthew Gilchrist | 19-50997 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Yanitsha M. Feliciano | 19-51015 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Christopher J Watson | 19-50848 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Russell Bullis, Betsy Bullis | 19-50310 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Provident Trust Group, LLC, Custodian for the Benefit of John B. Smith IRA, John B Smith | 19-50760 | This matter has been settled.  Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Hart Placement Agency, Inc. | 19-50847 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Michael Kandravi | 19-50914 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Kim Butler | 19-50917 | This matter has been settled.  Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| John Fagan | 19-50947 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Daniel P. Orfin | 19-51005 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Harris Financial Management and John G. Harris | 19-51011 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Richard E. Attig, Stephanie L. Attig | 19-50325 | This matter has been settled.  Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Jason Curtis | 19-50327 | This matter has been settled and is being documented. |
| Mainstar Trust, Custodian for the Benefit of John Kobierecki, John Kobierecki | 19-50578 | This matter has been settled.  Plaintiff intends to file a dismissal once the settlement payment has been received in full. |

| Defendant(s) | Adv. Case No. | Comment |
|---|---|---|
| IRA Services Trust Company, Custodian for the Benefit of Dwight L. Atherton IRA, Dwight L Atherton | 19-50581 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Christ Temple Baptist Church | 19-50756 | This matter has been settled. Plaintiff intends to file a dismissal. |
| IRA Services Trust Company, Custodian for the Benefit of Lynette Eddy IRA, Lynette Eddy | 19-50808 | This matter has been settled. Dismissal in process. |
| IRA Services Trust Company, Custodian For The Benefit of Earl Eddy IRA, Earl Eddy | 19-50814 | This matter has been settled. Dismissal in process. |
| Kirk W Chubka | 19-50826 | This matter has been settled and is being documented. |
| Robert Elmer | 19-50850 | This matter has been settled. Dismissal in process. |
| Frontier Advisors Group LLC, David Nichols | 19-50945 | This matter has been settled and is being documented. |
| Ivy League College Planning Strategies, Inc., Michael Rappa | 19-50951 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Gerard J. O'Neill | 19-50964 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| David Keledjian | 19-50973 | This matter has been settled  Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Joseph W. Isaac | 19-50976 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Donovan Knowles | 19-50980 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| John J. McNamara | 19-50998 | This matter has been settled Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| David Valencia, Valencia Financial Services, LLC | 19-51000 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Bette Tydings | 19-51002 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Dan Reisinger | 19-51007 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Searchlight Financial Advisors, LLC, Caroline Rakness | 19-51022 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |

| Defendant(s) | Adv. Case No. | Comment |
|---|---|---|
| Michael P. Litwin | 19-51023 | This matter has been settled.  Dismissal in process. |
| Matthew Schwartz, Matte Black Inc. | 19-51077 | This matter has been settled.  Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Ascensus, LLC, Custodian for the Benefit of Gail Marie Bush IRA, Gail Marie Bush, Gail Marie Bush as Trustee of the Gail Marie Bush Trust Dated 12/21/2001 | 19-51133 | This matter has been settled.  Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| George Edward Sargent | 19-50340 | This matter has been settled.  Dismissal in process. |

**STATUS CATEGORY F:** List all cases where service is complete, answer has been filed, discovery/disclosures are underway, and expected date of completion of discovery/disclosure.

| Defendant(s) | Adv. Case No. | Comment |
| --- | --- | --- |
| Maxwell Financial Group, Inc. | 19-50915 | The defendant submitted initial disclosures on 4/15/21. |
| Uma Gajavada | 19-51046 | Discovery exchanged. Parties are working though discovery issues with production of documents and deposition. Parties will seek to amend the Scheduling Order. |

**STATUS CATEGORY G:** Mediator has been selected or appointed.

| Defendant(s) | Adv. Case No. | Appointed/Selected Mediator and (as necessary) Additional Comments |
|---|---|---|
| Stefan Kolosenko | 19-50301 | Leslie Berkoff, Esq. Mediation was held and the parties continue to work towards resolving this matter. |
| Joseph Lin | 19-50334 | Ian Conner Bifferato, Esq. Matter proceeded to mediation and did not settle. |
| Ascensus, LLC, Custodian for the Benefit of Deborah J. Murphy IRA, Deborah J. Murphy | 19-50583 | Derek C. Abbott, Esq. |
| Irmgard Herrmann | 19-50752 | Ian Conner Bifferato, Esq. Mediator continues to work with parties to resolve the matter. |
| Marcella P. Best | 19-50819 | Leslie Berkoff, Esq. Mediation was held and the parties continue to work towards resolving this matter. |
| Mary Ellen Nuhn | 19-50829 | Judith K. Fitzgerald, Esq. Pursuant to the mediator's report, this matter has not been resolved and should proceed to trial. |
| Provident Trust Group, LLC, administrator and custodian for the benefit of Kerstin Rodriguez IRA; Kerstin Rodriguez | 19-50837 | Derek C. Abbott, Esq. Defendant did not participate in mediation. |
| Peter Greenberg | 19-50855 | Ian Conner Bifferato, Esq. Mediated but settlement not reached. |
| All Mark Insurance Services, Inc., Cameron Johnson | 19-50921 | Leslie Berkoff, Esq. |
| Chris Dantin Financial Services, LLC, Chris A. Dantin, Sr. | 19-50922 | Derek C. Abbott, Esq. Stipulation for Judgment in process. |
| Retirement Services LLC | 19-50931 | Leslie Berkoff, Esq. |
| James Lamont | 19-50952 | Ian Conner Bifferato, Esq. |
| Gregg W. Butler | 19-50958 | Leslie Berkoff, Esq. Pursuant to the mediator's report, this matter has not been resolved and should proceed to trial. |
| James E. Campbell Jr. Inc. (d/b/a Campbell Financial Corp.), and James E. Campbell, Jr. | 19-50965 | Lucian B. Murley, Esq. Mediation was held and the parties continue to work towards resolving this matter. |
| Harold Plain | 19-50974 | Leslie Berkoff, Esq. Pursuant to the mediator's report, this matter has not been resolved and should proceed to trial. |

| Defendant(s) | Adv. Case No. | Appointed/Selected Mediator and (as necessary) Additional Comments |
|---|---|---|
| Randy Robertson | 19-50977 | Leslie Berkoff, Esq. |
| Joseph A. Loox | 19-50978 | Leslie Berkoff, Esq.<br>Pursuant to the mediator's report, this matter has not been resolved and should proceed to trial. |
| Gregory Jandt | 19-50981 | Ian Conner Bifferato, Esq.<br>Mediation was held and the parties continue to work towards resolving this matter. |
| Ricki Dean Wiggs a/k/a Ricki Wiggs | 19-51003 | Ian Conner Bifferato, Esq.<br>Mediation has not concluded. The parties and mediator are still trying to resolve the matter. |
| Dennis Drake, Mid-Atlantic Brokers, Inc. | 19-51006 | Ian Conner Bifferato, Esq.<br>Mediation was held and the parties continue to work towards resolving this matter. |
| Gaulan Financial LLC | 19-51012 | Derek C. Abbott, Esq.<br>Matter proceeded to mediation and parties exchanging documents. |
| Legacy Financial Network and Retirement Services, Inc. and Jeffrey Nimmow | 19-51016 | Lucian B. Murley, Esq. |
| Basic Financial Services Inc., Basic Wealth Advisors, Inc., Fred C. Johnson | 19-51039 | Ian Conner Bifferato, Esq. |
| TWH Annuities & Insurance Agency, Inc., Gryphon Financial Services | 19-51042 | Derek C. Abbott, Esq. |
| Sycamore Group, Inc., Bender W. Mackey | 19-51043 | Ian Conner Bifferato, Esq. |
| Jay N. Brown | 19-51047 | Derek C. Abbott, Esq.<br>Mediation continued for disclosures. |
| Ascensus, LLC, Administrator and Custodian for the Benefit of Christopher M. Soulier Roth IRA, Christopher M. Soulier | 19-51050 | Lucian B. Murley, Esq.<br>Defendant did not participate in mediation. |
| Structured Strategies, LLC, Alan K. Hoffman | 19-51067 | Judith K. Fitzgerald, Esq.<br>Mediation continued. |
| Deb Brundage | 19-51069 | Lucian B. Murley, Esq.<br>Mediation was held; matter did not settle. |

**STATUS CATEGORY I:** List all cases where there are dispositive motions pending. Provide dates when briefing is expected to be completed.

| Defendant(s) | Adv. Case No. | Comment |
|---|---|---|
| Sylvan R. Jutte, Jeannette E. Jutte | 19-50308 | On 6/9/21, the Court entered the *Order Approving Stipulation Regarding Briefing On The Defendants' Motion* ("Movants' Motion") *To Temporarily Stay The Prosecution Of Their Complaints Pending The Determination Of Distributions To Class 3 Note Claimants Under the Confirmed Plan*, which outlined the briefing schedule for the Movants' Motion. Briefing on the Motion was completed on 7/14/21. Oral argument is scheduled for 9/24/21. |
| Brian D. Korkus, Robin L. Korkus | 19-50309 | See comment above. |
| Delton Christman, Jean Christman | 19-50314 | See comment above. |
| Floyd G Davis, Lavonne J. Davis | 19-50317 | See comment above. |
| George T. Iwahiro, Charlene M. Iwahiro | 19-50319 | See comment above. |
| Toomas Heinmets, Pamela Heinmets | 19-50322 | See comment above. |
| Janet V. Dues | 19-50328 | See comment above. |
| Dena Falkenstein | 19-50329 | See comment above. |
| Judy Karen Goodin | 19-50330 | See comment above. |
| Dennis W. Hueth | 19-50331 | See comment above. |
| Christian Lester | 19-50332 | See comment above. |
| Jane Marshall | 19-50335 | See comment above. |
| Laurence J. Nakasone | 19-50337 | See comment above. |
| Blaine Phillips | 19-50338 | See comment above. |
| Jeff Schuster | 19-50341 | See comment above. |
| Jennifer Tom | 19-50342 | See comment above. |
| Anita Bedoya, Mark Bedoya | 19-50343 | See comment above. |
| Anita Bedoya, Julian Duran | 19-50344 | See comment above. |
| Ronald Cole | 19-50346 | See comment above. |
| Ronald Draper | 19-50347 | See comment above. |
| Lawrence J. Paynter | 19-50351 | See comment above. |
| Nannette Tibbitts | 19-50353 | See comment above. |
| Clayton Nakasone | 19-50832 | See comment above. |
| Kenneth Halbert | 19-51027 | On July 12, 2021, Plaintiff filed his *Motion for Leave to File Amended Complaint* [DI 53]. Briefing on the Motion was completed on 8/16/21. Oral argument is scheduled for 10/19/21. |

# EXHIBIT 1

| Defendant(s) | Adv. Case No. |
|---|---|
| Christopher J Watson | 19-50848 |
| Eric Little | 19-50944 |
| Christopher Longworth | 19-50928 |
| Elizabeth Haskell | 19-50839 |
| Matthew Gilchrist | 19-50997 |
| Yanitsha M. Feliciano | 19-51015 |
| Stefan Kolosenko | 19-50301 |
| Sylvan R. Jutte, Jeannette E. Jutte | 19-50308 |
| Brian D. Korkus, Robin L. Korkus | 19-50309 |
| Russell Bullis, Betsy Bullis | 19-50310 |
| Delton Christman, Jean Christman | 19-50314 |
| Floyd G Davis, Lavonne J. Davis | 19-50317 |
| George T. Iwahiro, Charlene M. Iwahiro | 19-50319 |
| Toomas Heinmets, Pamela Heinmets | 19-50322 |
| Richard E. Attig, Stephanie L. Attig | 19-50325 |
| Jason Curtis | 19-50327 |
| Janet V. Dues | 19-50328 |
| Dena Falkenstein | 19-50329 |
| Judy Karen Goodin | 19-50330 |
| Dennis W. Hueth | 19-50331 |
| Christian Lester | 19-50332 |
| Joseph Lin | 19-50334 |
| Jane Marshall | 19-50335 |
| Laurence J. Nakasone | 19-50337 |
| Blaine Phillips | 19-50338 |
| George Edward Sargent | 19-50340 |
| Jeff Schuster | 19-50341 |
| Jennifer Tom | 19-50342 |
| Anita Bedoya, Mark Bedoya | 19-50343 |
| Anita Bedoya, Julian Duran | 19-50344 |
| Ronald Cole | 19-50346 |
| Ronald Draper | 19-50347 |
| Lawrence J. Paynter | 19-50351 |
| Nannette Tibbitts | 19-50353 |
| Mainstar Trust, Custodian for the Benefit of John Korbierecki, John Korbierecki | 19-50578 |
| IRA Services Trust Company, Custodian for the Benefit of Dwight L. Atherton IRA, Dwight L Atherton | 19-50581 |
| Ascensus, LLC, Custodian for the Benefit of Deborah J. Murphy IRA, Deborah J. Murphy | 19-50583 |
| Irmgard Herrmann | 19-50752 |
| Christ Temple Baptist Church | 19-50756 |
| Provident Trust Group, LLC, Custodian for the Benefit of John B. Smith IRA, John B Smith | 19-50760 |
| IRA Services Trust Company, Custodian for the Benefit of Lynette Eddy IRA, Lynette Eddy | 19-50808 |

| Defendant(s) | Adv. Case No. |
|---|---|
| IRA Services Trust Company, Custodian For The Benefit of Earl Eddy IRA, Earl Eddy | 19-50814 |
| Marcella P. Best | 19-50819 |
| Kirk W Chubka | 19-50826 |
| Mary Ellen Nuhn | 19-50829 |
| Clayton Nakasone | 19-50832 |
| Hart Placement Agency, Inc. | 19-50847 |
| Robert Elmer | 19-50850 |
| Peter Greenberg | 19-50855 |
| Michael Kandravi | 19-50914 |
| Maxwell Financial Group, Inc. | 19-50915 |
| Kim Butler | 19-50917 |
| All Mark Insurance Services, Inc., Cameron Johnson | 19-50921 |
| Chris Dantin Financial Services, LLC, Chris A. Dantin, Sr. | 19-50922 |
| Retirement Services LLC | 19-50931 |
| Frontier Advisors Group LLC, David Nichols | 19-50945 |
| John Fagan | 19-50947 |
| Ivy League College Planning Strategies, Inc., Michael Rappa | 19-50951 |
| James Lamont | 19-50952 |
| Gregg W. Butler | 19-50958 |
| Gerard J. O'Neill | 19-50964 |
| James E. Campbell Jr. Inc. (d/b/a Campbell Financial Corp.), and James E. Campbell, Jr. | 19-50965 |
| David Keledjian | 19-50973 |
| Harold Plain | 19-50974 |
| Joseph W. Isaac | 19-50976 |
| Randy Robertson | 19-50977 |
| Joseph A. Loox | 19-50978 |
| Donovan Knowles | 19-50980 |
| Gregory Jandt | 19-50981 |
| John J. McNamara | 19-50998 |
| David Valencia, Valencia Financial Services, LLC | 19-51000 |
| Bette Tydings | 19-51002 |
| Ricki Dean Wiggs a/k/a Ricki Wiggs | 19-51003 |
| Daniel P. Orfin | 19-51005 |
| Dennis Drake, Mid-Atlantic Brokers, Inc. | 19-51006 |
| Dan Reisinger | 19-51007 |
| Harris Financial Management and John G. Harris | 19-51011 |
| Gaulan Financial LLC | 19-51012 |
| Legacy Financial Network and Retirement Services, Inc. and Jeffrey Nimmow | 19-51016 |
| Searchlight Financial Advisors, LLC, Caroline Rakness | 19-51022 |
| Michael P. Litwin | 19-51023 |
| Kenneth Halbert | 19-51027 |
| Basic Financial Services Inc., Basic Wealth Advisors, Inc., Fred C. Johnson | 19-51039 |
| TWH Annuities & Insurance Agency, Inc., Gryphon Financial Services | 19-51042 |
| Sycamore Group, Inc., Bender W. Mackey | 19-51043 |
| Uma Gajavada | 19-51046 |

| Defendant(s) | Adv. Case No. |
|---|---|
| Jay N. Brown | 19-51047 |
| Ascensus, LLC, Administrator and Custodian for the Benefit of Christopher M. Soulier Roth IRA, Christopher M. Soulier | 19-51050 |
| Structured Strategies, LLC, Alan K. Hoffman | 19-51067 |
| Deb Brundage | 19-51069 |
| Matthew Schwartz, Matte Black Inc. | 19-51077 |
| Ascensus, LLC, Custodian for the Benefit of Gail Marie Bush IRA, Gail Marie Bush, Gail Marie Bush as Trustee of the Gail Marie Bush Trust Dated 12/21/2001 | 19-51133 |
| Harry R. Culotta, in his Capacity as Trustee of the Harry R. Culotta Trust Dated 11/16/16, Harry R. Culotta | 19-51138 |