17-12560 Woodbridge Group of Companies (Adv. Case 19-51027)
10/19/2021

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Nicholas | Troszak | Liquidation Trustee | DSI |
| Colin | Robinson | Liquidating Trustee | PSZJ |
| Uday | Gorrepati | N/A (ABI Project) | |
| Matthew | Breen | Court | Court |
| Gregory | Hauswirth | Kenneth Halbert | Leech Tishman Fuscaldo & Lampl, LLC |
| Ian | Bifferato | Mediator | The Bifferato Firm, P.A. |
| Robert | Pfister | Liquidating Trustee | KTBS Law |
| Richard | Pachulski | Liquidation Trustee | PSZ&J |
| Michael | Goldberg | Liquidating Trustee | Akerman LLP |
| Jason | Pomerantz | Liquidating Trustee | Liquidating Trustee |
| Judge | Stickles | Court | Court |
| Michael | Tuchin | Liquidating Trustee | KTBS Law |
| Thomas | Jeremiassen | Liquidation Trustee | DSI |
| Stepanie | Rosner | Court | Court |
| Jonathan | Weiss | Liquidating Trustee | KTBS Law |
| Patrick | Carothers | Kenneth Halbert | Leech Tishman Fuscaldo & Lampl, LLC |
| Paula | Subda | Court | Court |