# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, | Adversary Proceeding Case No. 19-51027 (JKS) |
| Plaintiff, | |
| vs. | |
| KENNETH HALBERT, | |
| Defendant. | **Ref Docket No. 71** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO             )
                          ) ss.:
COUNTY OF FRANKLIN        )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action & Claims Solutions, Inc., located at 5151 Blazer Parkway Way, Suite A, Dublin, Ohio 43017.  I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

-1-

2. On October 15, 2021, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on October 19, 2021 at 3:00 p.m. (Prevailing Eastern Time) Before the Honorable J. Kate Stickles," dated October 15, 2021 [Docket No. 71], by causing a true and correct copy to be delivered via electronic mail on those parties listed on the annexed <u>Exhibit A</u>.

<i>/s/ Angela Chachoff</i><br>Angela Chachoff

Sworn to before me this
18th day of October, 2021
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

**EXHIBIT A**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| LEECH TISHMAN FUSCALDO & LAMPL LLC | ATTN: PATRICK W. CAROTHERS & DANIEL YEOMANS | 525 WILLIAM PENN PL., 28TH FLR | | | PITTSBURGH | PA | 15219 | pcarothers@leechtishman.com; dyeomans@leechtishman.com; mburne@leechtishman.com |
| LEECH TISHMAN FUSCALDO & LAMPL, INC | ATTN ROBYN B. SOKOL | 200 SOUTH LOS ROBLES AVE, STE 300 | | | PASADENA | CA | 91101 | rsokol@leechtishman.com |
| LEECH TISHMAN FUSCALDO & LAMPL, LLC | ATTN GREGORY W HAUSWIRTH | 1007 N ORANGE ST 4TH FL | | | WILMINGTON | DE | 19801 | ghauswirth@leechtishman.com |