# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
                                              :
In re:                                        :        Chapter 11
                                              :
WOODBRIDGE GROUP OF                           :        Case No. 17-12560 (JKS)
COMPANIES, LLC, et al.,¹                      :
                                              :        (Jointly Administered)
              Remaining Debtors.              :
                                              :
-------------------------------------------------------x
MICHAEL GOLDBERG, in his capacity as          :
Liquidating Trustee of the                    :
Woodbridge Liquidation Trust,                 :
                                              :
              Plaintiff,                       :        Adv. Proc. No. 19-51027 (JKS)
                                              :
v.                                            :        Reference D.I. Nos. 74, 75, 77
                                              :
KENNETH HALBERT,                              :
                                              :
              Defendant.                       :
-------------------------------------------------------x
```

## ORDER

Upon consideration of *Defendant Kenneth Halbert's Ex Parte Motion for Leave to File Post-Oral Argument Summary* [D.I. 75] (the "Motion") in the above-captioned adversary proceeding, *Plaintiff's Objection to Defendant Kenneth Halbert's Ex Parte Motion for Leave to File Post-Oral Argument Summary* [D.I. 77], and all proceedings had before the court regarding this matter; and after due deliberation,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.      The Motion is granted.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).  The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423

2.      Plaintiff's response, if any, to *Defendant Kenneth Halbert's Post-Oral Argument Summary* [D.I. 74] shall be due no later than 4:00 p.m. on November 16, 2021, and shall not exceed five pages.

3.      No reply to any response shall be permitted.

4.      In accordance with Local Rule 9019-5(d), the parties are prohibited from divulging any oral or written information disclosed by the parties or by witnesses in the course of mediation.  Any references to statements made in mediation shall be deemed stricken.

5.      This court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this order.

**Dated: November 9th, 2021**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**