# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,[1] | Case No. 17-12560 (JKS) |
|  | (Jointly Administered) |
| Remaining Debtors. |  |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, |  |
| Plaintiff, | Adv. Proc. No. 19-51027 (JKS) |
| v. | **Reference D.I. No. 83** |
| KENNETH HALBERT, |  |
| Defendant. |  |

## ORDER

Upon consideration of the *Plaintiff's Motion for Leave to File Amended Complaint* (the "Motion") [D.I. 53], Defendant's opposition thereto [D.I. 59], and Plaintiff's reply; and the Court having held oral argument on the matter; and the parties having filed post-oral argument summaries [D.I. 74, 81]; for the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that the Motion is granted.

Dated: December 6th, 2021　　　　　　　　　　　　J. KATE STICKLES
Wilmington, Delaware　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.