## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>                  Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>                  Plaintiff,<br><br>    v.<br><br>KENNETH HALBERT,<br>                  Defendant. | Adversary Proceeding No. 19-51027 (JKS) |

## **NOTICE OF SERVICE OF DISCOVERY**

PLEASE TAKE NOTICE that on the dates set forth below, plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, served the following documents (the "Discovery") upon defendant Kenneth Halbert:

1. *Plaintiff's Initial Disclosures*

2. *Plaintiff's First Set of Interrogatories to Defendant Kenneth Halbert*

3. *Plaintiff's First Set of Requests for Admission to Defendant Kenneth Halbert*

4. *Plaintiff's First Set of Requests for Production Propounded to Defendant Kenneth Halbert*

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

The Discovery was served by Electronic Mail on February 14, 2022, and by first class mail on February 15, 2022, at the following addresses:

Patrick W. Carothers
Foster Plaza 10
680 Andersen Drive, Suite 230
Pittsburgh, PA 15220
pcarothers@ch-legal.com; pcarothers@leechtishman.com

Gregory W. Hauswirth
1007 North Orange Street, 4th Floor
Wilmington, DE 19801
ghauswirth@ch-legal.com; ghauswirth@leechtishman.com

| | |
|---|---|
| Dated: February 16, 2022<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Richard M. Pachulski (CA Bar No. 90073)<br>Andrew W. Caine (CA Bar No. 110345)<br>Bradford J. Sandler (DE Bar No. 4142)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Telephone: 302-652-4100<br>Fax: 302-652-4400<br>Email: rpachulski@pszjlaw.com<br>         acaine@pszjlaw.com<br>         bsandler@pszjlaw.com<br>         crobinson@pszjlaw.com<br><br>-and-<br><br>KTBS LAW LLP f/k/a KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>Michael L. Tuchin (*pro hac vice*)<br>David A. Fidler (*pro hac vice*)<br>Robert J. Pfister (*pro hac vice*)<br>Jonathan M. Weiss (*pro hac vice*)<br>1801 Century Park East, 26th Floor<br>Los Angeles, CA 90067<br>Tel:   (310) 407-4000<br>Fax:  (310) 407-9090<br><br>*Counsel to the Woodbridge Liquidation Trust* |