## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC., *et al.*,[1]<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as liquidating trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>KENNETH HALBERT<br><br>　　　　　　　　　　　　Defendant. | Adv. Pro. No. 19-51027 (BLS) |

### NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Gregory W. Hauswirth and Patrick W. Carothers, Esquire of Carothers & Hauswirth, LLP are hereby withdrawn as counsel for defendant Kenneth Halbert, and Agatha C. Mingos, Esquire of White and Williams LLP is substituted as counsel of record for defendant Kenneth Halbert; and

**IT IS FURTHER CONSENTED** that all future papers submitted in this action shall be served upon White and Williams LLP at their offices indicated herein.

**PLEASE TAKE FURTHER NOTICE** that this agreement may be executed in counterparts, each of which shall constitute an original and all of which taken together shall constitute a single document.

Dated: March 7, 2022

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies (3606) and Woodbridge Mortgage Investment Fund I, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard, #302, Sherman Oaks, California 91423.

-2-

| WHITE AND WILLIAMS LLP | CAROTHERS & HAUSWIRTH, LLP |
|---|---|
| By: _____ <br> Agatha C. Mingos (DE 5642) <br> 600 N. King Street, Suite 800 <br> Wilmington, DE 19801-3722 <br> Telephone: (212) 868 -4438 <br> Facsimile: (212) 631-1244 <br> mingosa@whiteandwilliams.com | By: /s/ Gregory W. Hauswirth <br> Gregory W. Hauswirth (DE 5679) <br> 1007 North Orange Street, 4th Floor <br> Wilmington, DE 19801 <br> Telephone: (302) 332-7181 <br> Facsimile: (412) 910-7510 <br> ghauswirth@ch-legal.com |

and

Patrick W. Carothers (PA 85721)
Foster Plaza 10, 680 Andersen Drive, Suite 230
Pittsburgh, PA 15220
Telephone: (412)950-7549
Facsimile: (412) 910-7510
pcarothers@ch-legal.com