IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| WOODBRIDGE GROUP OF ) | |
| COMPANIES, LLC, *et al.*,[1] ) | |
| ) | Case No. 17-12560 (JKS) |
| Remaining Debtors. ) | (Jointly Administered) |
| _____ ) | |
| MICHAEL GOLDERBG, in his capacity as ) | |
| Liquidating Trustee of the WOODBRIDGE ) | |
| LIQUIDATION TRUST, ) | Adversary Proceeding No. 19-51027 (JKS) |
| ) | |
| Plaintiff, ) | |
| ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| KENNETH HALBERT, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**DEFENDANT'S NOTICE OF SERVICE OF DISCOVERY**

**PLEASE TAKE NOTICE THAT**, Defendant Kenneth Halbert served the following documents upon Plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust: (1) Defendant's Initial Disclosures; (2) Defendant's First Set of Interrogatories to Plaintiff; (3) Defendant's First Set of Requests for Production of Documents to Plaintiff. The Discovery was served by Electronic Mail on April 11, 2022.

Respectfully submitted,

**WHITE AND WILLIAMS LLP**

/s/Rochelle L. Gumapac
Rochelle L. Gumapac (DE Bar No. 4866)
600 N. King Street, Suite 800
Wilmington, DE  19801
Tel:  (302) 467-4531

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3606) and Woodbridge Mortgage Investment Fund I, LLC (0172). The Remaining Debtors' mailing address is 1201 N. Brand Blvd., Suite M, Glendale, California 91203.

28750438v.1

-2-

*and*

Agatha C. Mingos (DE Bar No. 5642)
Heidi J. Sorvino (pro hac vice pending)
James Vandermark (pro hac vice pending)
7 Times Square, Suite 2900
New York, NY 10036
Tel: (212) 631-4417
Facsimile: (212) 631-1249
mingosa@whiteandwilliams.com
sorvinoh@whiteandwilliams.com
vandermarkj@whiteandwilliams.com

*Attorneys for Defendant, Kenneth Halbert*

Dated:  April 11, 2022