# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>　　　　　　　　　　　Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>KENNETH HALBERT,<br><br>　　　　　　　　　　　Defendant. | <br><br><br>Adversary Proceeding<br>No. 19-51027 (JKS) |

## NOTICE OF SERVICE OF SUBPOENA

**PLEASE TAKE NOTICE** that, Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, in the above-captioned cases, caused to be served a *Subpoena to Testify at a Deposition in a Bankruptcy Case (Or Adversary Proceeding)* upon the above-named Defendant as evidenced by the proof of service attached hereto as **Exhibit A**.

Dated:  April 27, 2022　　　　　　　　　PACHULSKI STANG ZIEHL & JONES LLP

　　　　　　　　　　　　　　　　　　　 */s/ Colin R. Robinson*
　　　　　　　　　　　　　　　　　　　Colin R. Robinson (DE Bar No. 5524)
　　　　　　　　　　　　　　　　　　　919 N. Market Street, 17th Floor
　　　　　　　　　　　　　　　　　　　P O Box 8705
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899 (Courier 19801)
　　　　　　　　　　　　　　　　　　　Tel:  (302) 652-4100
　　　　　　　　　　　　　　　　　　　Fax: (302) 652-4400
　　　　　　　　　　　　　　　　　　　E-mail:   crobinson@pszjlaw.com

　　　　　　　　　　　　　　　　　　　*Attorneys for the Plaintiff*

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

# EXHIBIT A

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Colin Robinson<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market St., 17th Fl., P.O. Box 8705,<br>Wilmington, DE 19899<br>   *Telephone No:* 302-652-4100<br>   *Attorney For:* Michael Goldberg, Trustee | *Ref. No. or File No.:* | **For Court Use Only** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES BANKRUPTCY COURT<br>District Of Delaware | | |
|    *Plaintiff:* Michael Goldberg, in his capacity as Trustee<br>   *Defendant:* Kenneth Halbert | | |

| **PROOF OF SERVICE** | Hearing Date:<br>5/16/22 | Time:<br>9:00 am | Dept/Div: | Case Number:<br>17-12560 (JKS) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding)

3.   a.  Party served:    Jeffrey Halbert
      b.  Person served:  Party in item 3.a.

4. Address where the party was served:   30642 Marilyn Dr, Laguna Beach, CA 92651

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Apr 26 2022 (2) at: 07:55 PM

   b. **Witness Fees:** $116.00

6. **Person Who Served Papers:**
   a. Federico Avila (5027, Orange)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was:

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

04/27/2022
(Date)            (Signature)



PROOF OF SERVICE

6986124
(4961664)