**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| WOODBRIDGE GROUP OF ) | |
| COMPANIES, LLC, *et al.,* ) | Case No. 17-12560 (JKS) |
| ) | (Jointly Administered) |
| Remaining Debtors. ) | |
| _____ ) | |
| MICHAEL GOLDERBG, in his capacity as ) | |
| Liquidating Trustee of the WOODBRIDGE ) | Adversary Proceeding No. 19-51027 (JKS) |
| LIQUIDATION TRUST, ) | |
| ) | |
| Plaintiff, ) | JURY TRIAL DEMANDED |
| ) | |
| v. ) | |
| ) | |
| KENNETH DEFENDANT, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on May 2, 2022, a true and correct copy of **DEFENDANT, KENNETH DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT, KENNETH DEFENDANT** were caused to be served via First-Class U.S. Mail and Electronic Mail, postage prepaid, upon the following:

| | |
|---|---|
| Richard M. Pachulski, Esq. | Kenneth N. Klee, Esq. |
| Andrew W. Caine, Esq. | Michael L. Tuchin, Esq. |
| Bradford J. Sandler, Esq. | David A. Fidler, Esq. |
| Jason S. Pomerantz, Esq. | Robert J. Pfister, Esq. |
| Colin R. Robinson, Esq. | Jonathan M. Weiss, Esq. |
| PACHULSI STANG ZIEHL & JONES LLP | KTBS LAW LLP |
| 919 North Market Street, 17th Floor | 1801 Century Park East, 26th Floor |
| P.O. Box 8705 | Los Angeles, CA  90067 |
| Wilmington, DE  19899 | |

(*Counsel for the Plaintiff*)


                                  /s/ Rochelle Gumapac
                                  Rochelle Gumapac