# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| WOODBRIDGE GROUP OF ) | |
| COMPANIES, LLC, *et al.,* ) | Case No. 17-12560 (JKS) |
| ) | (Jointly Administered) |
| Remaining Debtors. ) | |
| _____ ) | |
| MICHAEL GOLDERBG, in his capacity as ) | |
| Liquidating Trustee of the WOODBRIDGE ) | Adversary Proceeding No. 19-51027 (JKS) |
| LIQUIDATION TRUST, ) | |
| ) | |
| Plaintiff, ) | JURY TRIAL DEMANDED |
| ) | |
| v. ) | |
| ) | |
| KENNETH HALBERT, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on May 2, 2022, a true and correct copy of **DEFENDANT, KENNETH HALBERT'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION PROPOUNDED TO DEFENDANT, KENNETH HALBERT** were caused to be served via Electronic Mail and First-Class U.S. Mail, postage prepaid, upon the following:

| | |
|---|---|
| Richard M. Pachulski, Esq.<br>Andrew W. Caine, Esq.<br>Bradford J. Sandler, Esq.<br>Jason S. Pomerantz, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSI STANG ZIEHL & JONES LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899 | Kenneth N. Klee, Esq.<br>Michael L. Tuchin, Esq.<br>David A. Fidler, Esq.<br>Robert J. Pfister, Esq.<br>Jonathan M. Weiss, Esq.<br>KTBS LAW LLP<br>1801 Century Park East, 26th Floor<br>Los Angeles, CA  90067 |

(*Counsel for the Plaintiff*)

/s/ Rochelle Gumapac
Rochelle Gumapac

28772707v.3