# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC., *et al.*,[1]<br><br>　　Debtors.<br><br>―――――――――――――――<br><br>MICHAEL GOLDBERG, in his capacity as liquidating trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>　　Plaintiff,<br><br>v.<br><br>KENNETH HALBERT<br><br>　　Defendant. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered)<br><br><br><br>Adv. Pro. No. 19-51027 (BLS)<br><br>RE: D.I. 93, D.I. 94 |

## WITHDRAWAL OF FIRST
## MOTION FOR PRO HAC VICE OF HEIDI SORVINO [D.I. 93]
## AND PRO HAC VICE OF JAMES VANDERMARK [D.I. 94]

Defendant Kenneth Halbert, by and through his undersigned counsel, hereby withdraws the first Motion for *Pro Hac Vice* of Heidi Sorvino [D.I. 93], and the first Motion for *Pro Hac Vice* of James Vandermark [D.I. 94].

Dated:　　May 19, 2022

　　　　　　　　　　　　　　　　　　**WHITE AND WILLIAMS LLP**

　　　　　　　　　　　　　　　　　　/s/ Rochelle L. Gumapac
　　　　　　　　　　　　　　　　　　**ROCHELLE L. GUMAPAC (#4866)**
　　　　　　　　　　　　　　　　　　600 N. King Street, Suite 800
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　(302) 654-0424
　　　　　　　　　　　　　　　　　　gumapacr@whiteandwilliams.com

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies (3606) and Woodbridge Mortgage Investment Fund I, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard, #302, Sherman Oaks, California 91423.

28924377v.1

## CERTIFICATE OF SERVICE

I, Rochelle L. Gumapac, do hereby certify that on May 19, 2022, a copy of the foregoing Withdrawal of Motion for Pro Hac Vice of Heidi Sorvino [D.I. 93] and Withdrawal of Motion Pro Hac Vice of James Vandermark [D.I. 94] was served by CM/ECF upon all counsel of record.

**WHITE AND WILLIAMS LLP**

/s/ Rochelle L. Gumapac
**ROCHELLE L. GUMAPAC (#4866)**
600 N. King Street, Suite 800
Wilmington, DE 19801
(302) 654-0424
gumapacr@whiteandwilliams.com

28924377v.1