# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, | |
| Plaintiff, | Adv. Proc. No.: 19-51027 (JKS) |
| vs. | **Ref Docket No. 105** |
| KENNETH HALBERT, | |
| Defendant. | |

## AFFIDAVIT OF SERVICE

STATE OF OHIO            )
                         ) ss.:
COUNTY OF FRANKLIN       )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

-1-

2. On May 31, 2022, I caused to be served the "Order Approving Confidentiality Agreement and Stipulated Protective Order" dated May 25, 2022, [Docket No. 105], by causing a true and correct copy to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>.

*/s/ Angela Chachoff*
Angela Chachoff

Sworn to before me this
1st day of June, 2022
*/s/  Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

**EXHIBIT A**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| WHITE AND WILLIAMS LLP | ATTN: AGATHA C. MINGOS & ROCHELLE L. GUMAPAC | 600 N. KING ST., STE. 800 | | | WILMINGTON | DE | 19801-3722 | mingosa@whiteandwilliams.com; gumapacr@whiteandwilliams.com |
| WHITE AND WILLIAMS LLP | ATTN: HEIDI J. SORVINO & JAMES VANDERMARK | 7 TIMES SQUARE, STE. 2900 | | | NEW YORK | NY | 10036 | sorvinoh@whiteandwilliams.com; vandermarkj@whiteandwilliams.com |