# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>          Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*,<br><br>          Plaintiff,<br><br>         v.<br><br>Kenneth Halbert,<br><br>          Defendant. | Adv. Proc. Case No. 19-51027 (JKS) |

## NOTICE OF HEARING SCHEDULED FOR JULY 7, 2022 AT 1:00 P.M. (EASTERN TIME) REGARDING DISCOVERY DISPUTE

**ANY PARTY WISHING TO PARTICIPATE IN THE HEARING MUST REGISTER THROUGH ZOOM.**

Please see below for the connection and registration information regarding the July 7, 2022 hearing. Please Note: All participants must register prior to the hearing at the provided link. The Court is asking all parties to register **no later than Wednesday, 7/6/2022 at 4:00 p.m.**

**Registration Link:**

https://debuscourts.zoomgov.com/meeting/register/vJIscOyrqD8iGDEyGY4m2l2jwpR_t-BRf1g

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

> **After registering, you will receive a confirmation email containing information about joining.**
>
> <u>**Reminder**</u>**: Since the audio will be provided by Zoom, CourtCall will not be used.**

**PLEASE TAKE NOTICE** that a hearing regarding a discovery dispute between the parties in the above-captioned matter will be held on **July 7, 2022 at 1:00 p.m. prevailing Eastern Time**, before the Honorable J. Kate Stickles, United States Bankruptcy Judge, via Zoom.  Any participants should register through the link above no later than 4:00 p.m. (Eastern Time) on July 6, 2022.

Dated:  July 5, 2022                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: 302-652-4100
Fax: 302-652-4400
Email: bsandler@pszjlaw.com
         acaine@pszjlaw.com
         crobinson@pszjlaw.com

*Counsel to Plaintiff Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust*