19-51027 Goldberg v. Halbert

7/7/2022

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Colin | Robinson | plaintiff, Michael Goldberg | Pachulski Stang Ziehl & Jones LLP |
| Ryan | Martin | CCM | |
| Agatha | Mingos | Defendant Kenneth Halbert | White and Williams LLP |
| Jason | Pomerantz | plaintiff, Michael Goldberg | Pachulski Stang Ziehl & Jones LLP |
| Rob | Pfister | plaintiff, Michael Goldberg | |
| Rochelle | Gumapac | Defendant Kenneth Halbert | White and Williams LLP |
| Heidi | Sorvino | Kenneth Halbert | |
| Uday | Gorrepati | N/A (ABI Project) | |