# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>               Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*,<br><br>               Plaintiff,<br><br>       v.<br><br>Kenneth Halbert,<br><br>               Defendant. | Adv. Proc. Case No. 19-51027 (JKS) |

## NOTICE OF SERVICE OF PLAINTIFF'S
## AMENDED AND RESTATED FIRST SET OF REQUESTS FOR
## PRODUCTION PROPOUNDED TO DEFENDANT KENNETH HALBERT

PLEASE TAKE NOTICE that on the 8th day of July, 2022, a true and correct copy of (i) *Plaintiff's Amended and Restated First Set of Requests for Production Propounded to Defendant Kenneth Halbert*; and (ii) [REDLINE] *Plaintiff's Amended and Restated First Set of Requests for Production Propounded to Defendant Kenneth Halbert* was served on the individual(s) listed below as and in the manner indicated:

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

DOCS_DE:239784.1 94811/003

**Overnight Delivery and Email**
(Counsel to Defendant Kenneth Halbert)
Rochelle L. Gumapac, Esq.
Agatha C. Mingos, Esq.
White and Williams LLP
600 N. King Street, Suite 800
Wilmington, DE  19801
Email:  gumapacr@whiteandwilliams.com; mingosa@whiteandwilliams.com

**Overnight Delivery and Email**
(Counsel to Defendant Kenneth Halbert)
Heidi J. Sorvino, Esq.
James Vandermark, Esq.
White and Williams LLP
7 Times Square, Suite 2900
New York, NY  10036
Email:  sorvinoh@whiteandwilliams.com; vandermarkj@whiteandwilliams.com

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  July 8, 2022 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Richard M. Pachulski (CA Bar No. 90073)<br>Andrew W. Caine (CA Bar No. 110345)<br>Bradford J. Sandler (DE Bar No. 4142)<br>Jason S. Pomerantz (CA Bar No. 157216)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899 (Courier 19801)<br>Tel:  (302) 652-4100<br>Fax: (302) 652-440<br>Email:  rpachulski@pszjlaw.com<br>            acaine@pszjlaw.com<br>            bsandler@pszjlaw.com<br>            jspomerantz@pszjlaw.com<br>            crobinson@pszjlaw.com<br><br>-and-<br><br>KTBS LAW LLP<br>*f/k/a Klee, Tuchin, Bogdanoff & Stern LLP*<br>Kenneth N. Klee (*pro hac vice*)<br>Michael L. Tuchin (*pro hac vice*)<br>David A. Fidler (*pro hac vice*)<br>Robert J. Pfister (*pro hac vice*)<br>1801 Century Park East, 26th Floor<br>Los Angeles, California 90067<br>Tel:  (310) 407-4000<br>Fax: (310) 407-9090<br><br>*Counsel for the Plaintiff* |