**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al*.,<br><br>Plaintiff,<br><br>v.<br><br>Kenneth Halbert,<br><br>Defendant. | Adv. Proc. No.: 19-51027 (JKS)<br><br>**Ref Docket No. 109** |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

SHARNA WILSON, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

1 The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

2. On July 5, 2022, I caused to be served the "Notice of Hearing Scheduled for July 7, 2022 at 1:00 p.m. (Eastern Time) Regarding Discovery Dispute" dated July 5, 2022 [Docket No. 109], by causing a true and correct copy to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

/s/ *Sharna Wilson*
Sharna Wilson

Sworn to before me this
11th day of July, 2022
/s/ Panagiota Manatakis

Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2026

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| WHITE AND WILLIAMS LLP | ATTN: AGATHA C. MINGOS & ROCHELLE L. GUMAPAC | 600 N. KING ST., STE. 800 | | | WILMINGTON | DE | 19801-3722 | mingosa@whiteandwilliams.com; gumapacr@whiteandwilliams.com |
| WHITE AND WILLIAMS LLP | ATTN: HEIDI J. SORVINO & JAMES VANDERMARK | 7 TIMES SQUARE, STE. 2900 | | | NEW YORK | NY | 10036 | sorvinoh@whiteandwilliams.com; vandermarkj@whiteandwilliams.com |