# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] <br><br> Remaining Debtors. | Chapter 11 <br><br> Case No. 17-12560 (JKS) <br><br> (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> Kenneth Halbert, <br><br> Defendant. | Adv. Proc. No.: 19-51027 (JKS) <br><br> **Ref Docket No. 112** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK   )

SHARNA WILSON, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

-1-

2. On July 8, 2022, I caused to be served the "Notice of Service of Plaintiff's Amended and Restated First Set of Requests for Production Propounded to Defendant Kenneth Halbert" dated July 8, 2022 [Docket No. 112], by causing a true and correct copy to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>.

<u>/s/ <i>Sharna Wilson</i></u><br>
Sharna Wilson

Sworn to before me this
11th day of July, 2022
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2026

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| WHITE AND WILLIAMS LLP | ATTN: AGATHA C. MINGOS & ROCHELLE L. GUMAPAC | 600 N. KING ST., STE. 800 | | | WILMINGTON | DE | 19801-3722 | mingosa@whiteandwilliams.com; gumapacr@whiteandwilliams.com |
| WHITE AND WILLIAMS LLP | ATTN: HEIDI J. SORVINO & JAMES VANDERMARK | 7 TIMES SQUARE, STE. 2900 | | | NEW YORK | NY | 10036 | sorvinoh@whiteandwilliams.com; vandermarkj@whiteandwilliams.com |