# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, | |
| Plaintiff, vs. | Adversary Proceeding No. 19-51027 (JKS) |
| KENNETH HALBERT, | **Ref. Adv. Docket Nos. 107, 108, 109** |
| Defendant. | |

## ORDER REGARDING DISCOVERY DISPUTE

The Court having read and considered the Liquidation Trustee's letter dated June 22, 2022 [Adv. D.I. 107] regarding certain discovery disputes in the above-captioned adversary proceeding and the response thereto filed by Defendant on June 24, 2022 [Adv. D.I. 108]; a remote hearing having been held on July 7, 2022, at which the issues were argued by counsel to the parties and the Court announced an oral ruling; and the Liquidation Trustee having served *Plaintiff's Amended and Restated First Set of Requests for Production Propounded to Defendant Kenneth Halbert* (the "Amended and Restated RFPs") on July 8, 2022; it is hereby **ORDERED THAT**:

1. The Court adopts and incorporates by reference its oral ruling (the "Discovery Ruling") set forth on the record at the July 7, 2022 hearing.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

2.　　No later than August 8, 2022, Defendant shall serve: (i) amended and restated verified responses to *Plaintiff's First Set of Interrogatories to Defendant Kenneth Halbert* dated February 14, 2022, consistent with the Discovery Ruling; (ii) amended and restated responses to *Plaintiff's First Set of Requests for Admission to Defendant Kenneth Halbert* dated February 14, 2022, consistent with the Discovery Ruling; and (iii) responses – including responsive documents – to the Amended and Restated RFPs, consistent with the Discovery Ruling.

3.　　All dates and deadlines set forth in the *Scheduling Order* [Adv. D.I. 23] and the *Stipulation to Amend Discovery Deadlines* [Adv. D.I. 95] are suspended pending the parties' efforts to negotiate an agreed scheduling order. If the parties are unable to reach agreement on a form of proposed scheduling order, either party may request a scheduling conference with the Court.

**Dated: July 12th, 2022**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE