# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>                Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*,<br><br>                Plaintiff,<br><br>              v.<br><br>Kenneth Halbert,<br><br>                Defendant. | Adv. Proc. Case No. 19-51027 (JKS) |

**NOTICE OF SERVICE OF PLAINTIFF'S SECOND SET OF REQUESTS**
**FOR PRODUCTION PROPOUNDED TO DEFENDANT KENNETH HALBERT**

PLEASE TAKE NOTICE that on the 6th day of September, 2022, a true and correct copy of *Plaintiff's Second Set of Requests for Production Propounded to Defendant Kenneth Halbert* was served on the individual(s) listed below as and in the manner indicated:

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

**Overnight Delivery and Email**
(Counsel to Defendant Kenneth Halbert)
Rochelle L. Gumapac, Esq.
Agatha C. Mingos, Esq.
White and Williams LLP
600 N. King Street, Suite 800
Wilmington, DE  19801
Email:  gumapacr@whiteandwilliams.com; mingosa@whiteandwilliams.com

**Overnight Delivery and Email**
(Counsel to Defendant Kenneth Halbert)
Heidi J. Sorvino, Esq.
James Vandermark, Esq.
White and Williams LLP
7 Times Square, Suite 2900
New York, NY  10036
Email:  sorvinoh@whiteandwilliams.com; vandermarkj@whiteandwilliams.com

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: September 6, 2022 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ Colin R. Robinson*
Richard M. Pachulski (CA Bar No. 90073)
Andrew W. Caine (CA Bar No. 110345)
Bradford J. Sandler (DE Bar No. 4142)
Jason S. Pomerantz (CA Bar No. 157216)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Tel: (302) 652-4100
Fax: (302) 652-440
Email: rpachulski@pszjlaw.com
 acaine@pszjlaw.com
 bsandler@pszjlaw.com
 jspomerantz@pszjlaw.com
 crobinson@pszjlaw.com

-and-

KTBS LAW LLP
*f/k/a Klee, Tuchin, Bogdanoff & Stern LLP*
Kenneth N. Klee (*pro hac vice*)
Michael L. Tuchin (*pro hac vice*)
David A. Fidler (*pro hac vice*)
Robert J. Pfister (*pro hac vice*)
1801 Century Park East, 26th Floor
Los Angeles, California 90067
Tel: (310) 407-4000
Fax: (310) 407-9090

*Counsel for the Plaintiff*

3