# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| WOODBRIDGE GROUP OF ) | |
| COMPANIES, LLC, *et al.,* ) | Case No. 17-12560 (JKS) |
| ) | (Jointly Administered) |
| Remaining Debtors. ) | |
| _____ ) | |
| MICHAEL GOLDBERG, in his capacity as ) | |
| Liquidating Trustee of the WOODBRIDGE ) | Adversary Proceeding No. 19-51027 (JKS) |
| LIQUIDATION TRUST, ) | |
| ) | |
| Plaintiff, ) | JURY TRIAL DEMANDED |
| ) | |
| v. ) | |
| ) | |
| KENNETH HALBERT, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on October 17, 2022, a true and correct copy of **DEFENDANT KENNETH HALBERT'S SECOND SET OF REQUESTS FOR PRODUCTION DIRECTED TO PLAINTIFF MICHAEL GOLDBERG** were caused to be served via Electronic Mail, upon the following:

| | |
|---|---|
| Richard M. Pachulski, Esq. | Kenneth N. Klee, Esq. |
| Andrew W. Caine, Esq. | Michael L. Tuchin, Esq. |
| Bradford J. Sandler, Esq. | David A. Fidler, Esq. |
| Jason S. Pomerantz, Esq. | Robert J. Pfister, Esq. |
| Colin R. Robinson, Esq. | KTBS LAW LLP |
| PACHULSI STANG ZIEHL & JONES LLP | 1801 Century Park East, 26th Floor |
| 919 North Market Street, 17th Floor | Los Angeles, CA  90067 |
| P.O. Box 8705 | |
| Wilmington, DE  19899 | |

(*Counsel for the Plaintiff*)

-11-

29785072v.1

|  |  |
|---|---|
| Dated October 20, 2022 | **WHITE AND WILLIAMS LLP** |
|  | By: */s/ Rochelle L. Gumapac* <br> Rochelle L. Gumapac (DE Bar No. 4866) <br> Agatha C. Mingos (DE Bar No. 5642) <br> 600 N. King Street, Suite 800 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 467- 4531 <br> gumapacr@whiteandwilliams.com <br> mingosa@whiteandwilliams.com |
|  | and, |
|  | Heidi J. Sorvino (*pro hac vice pending*) <br> James Vandermark (*pro hac vice pending*) <br> 7 Times Square, Suite 2900 <br> New York, New York 10036 <br> sorvinoh@whiteandwilliams.com <br> vandermarkj@whiteandwilliams.com |
|  | *Attorneys for Defendant Kenneth Halbert* |