# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, | Adv. Proc. No. 19-51027 (JKS) |
| Plaintiff, | |
| v. | |
| KENNETH HALBERT, | |
| Defendant. | |

## NOTICE OF DEPOSITION OF BRADLEY SHARP

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rules 7026 and 7030 of the Federal Rules of Bankruptcy Procedure, counsel for Defendant Kenneth Halbert will take the deposition by oral examination of Bradley Sharp via remote videoconference technology on Friday, November 18, 2022, commencing at 12:00 p.m. (Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the deposition may continue for the maximum time permitted under applicable rules and may, for good cause, be extended. The deposition will be taken before a qualified notary public or some other officer authorized by law to administer oaths and will be recorded by stenographic, video, and audio means.

29883024v.1

Dated: November 9, 2022

**WHITE AND WILLIAMS LLP**

By: */s/ Rochelle L. Gumapac*
Rochelle L. Gumapac (DE Bar No. 4866)
Agatha C. Mingos (DE Bar No. 5642)
600 N. King Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 467- 4531
gumapacr@whiteandwilliams.com
mingosa@whiteandwilliams.com

and,

Heidi J. Sorvino (*pro hac vice pending*)
James Vandermark (*pro hac vice pending*)
Travis Powers (*pro hac vice pending*)
7 Times Square, Suite 2900
New York, New York 10036
sorvinoh@whiteandwilliams.com
vandermarkj@whiteandwilliams.com

*Attorneys for Defendant Kenneth Halbert*

29883024v.1