# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC *et al.*,[1] | Case No. 17-12560 (BLS) |
| *Remaining Debtors.* | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, | Adv. Proc. Case No. 19-51027 (JKS) |
| *Plaintiff*, | |
| v. | |
| KENNETH HALBERT, | |
| *Defendant*. | |

## REQUEST FOR ORAL ARGUMENT ON DEFENDANT'S MOTION TO EXTEND DEADLINES IN THE AMENDED SCHEDULING ORDER

Pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Court"), Defendant Kenneth Halbert (the "Defendant"), hereby requests that the Court permit oral argument on Defendant's Motion to Extend the Deadlines in the Amended Scheduling Order (the "Motion") [Adv. Docket No. 131].

The Defendant respectfully submits that oral argument may aid the Court's decisional process on the Motion.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard, #302, Sherman Oaks, California 91423.

29979566v.1

-2-

| | |
|---|---|
| Dated: December 1, 2022 | **WHITE AND WILLIAMS LLP** |
| | By: */s/ Rochelle L. Gumapac* <br> Rochelle L. Gumapac (DE Bar No. 4866) <br> Agatha C. Mingos (DE Bar No. 5642) <br> 600 N. King Street, Suite 800 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 467- 4531 <br> gumapacr@whiteandwilliams.com <br> mingosa@whiteandwilliams.com |
| | and, |
| | Heidi J. Sorvino (*pro hac vice pending*) <br> James Vandermark (*pro hac vice pending*) <br> Travis Powers (*pro hac vice pending*) <br> 7 Times Square, Suite 2900 <br> New York, New York 10036 <br> sorvinoh@whiteandwilliams.com <br> vandermarkj@whiteandwilliams.com |
| | *Attorneys for Defendant Kenneth Halbert* |

29979566v.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| WOODBRIDGE GROUP OF ) | |
| COMPANIES, LLC, *et al.,* ) | Case No. 17-12560 (JKS) |
| ) | (Jointly Administered) |
| Remaining Debtors. ) | |
| _____ ) | |
| MICHAEL GOLDBERG, in his capacity as ) | |
| Liquidating Trustee of the WOODBRIDGE ) | Adversary Proceeding No. 19-51027 (JKS) |
| LIQUIDATION TRUST, ) | |
| ) | |
| Plaintiff, ) | JURY TRIAL DEMANDED |
| ) | |
| v. ) | |
| ) | |
| KENNETH HALBERT, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on December 1, 2022, a true and correct copy of **DEFENDANT KENNETH HALBERT'S REQUEST FOR ORAL ARGUMENT ON DEFENDANT'S MOTION TO EXTEND DEADLINES IN THE AMENDED SCHEDULING ORDER** caused to be served via Electronic Mail, upon the following:

| | |
|---|---|
| Richard M. Pachulski, Esq.<br>Andrew W. Caine, Esq.<br>Bradford J. Sandler, Esq.<br>Jason S. Pomerantz, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899 | Kenneth N. Klee, Esq.<br>Michael L. Tuchin, Esq.<br>David A. Fidler, Esq.<br>Robert J. Pfister, Esq.<br>KTBS LAW LLP<br>1801 Century Park East, 26th Floor<br>Los Angeles, CA  90067 |

(*Counsel for the Plaintiff*)

/s/ Rochelle Gumapac
Rochelle Gumapac

-3-

29979566v.1