# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC *et al.*,[1]<br><br>*Remaining Debtors.* | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust,<br><br>*Plaintiff*,<br><br>v.<br><br>KENNETH HALBERT,<br><br>*Defendant*. | Adv. Proc. Case No. 19-51027 (JKS) |

## NOTICE OF COMPLETION OF BRIEFING WITH RESPECT TO DEFENDANT'S MOTION TO EXTEND DEADLINES IN THE AMENDED SCHEDULING ORDER

PLEASE TAKE NOTICE that on November 7, 2022, the Defendant Kenneth Halbert ("Defendant"), filed a Motion to Extend the Deadlines in the Amended Scheduling Order (the "Motion") [Adv. Docket No. 131] in the above-captioned adversary proceeding (the "Adversary Proceeding").

PLEASE TAKE FURTHER NOTICE that on November 17, 2022, the Plaintiff Michael Goldberg (the "Trustee") filed the Trustee's Opposition to Defendant Kenneth Halbert's Motion to Extend Deadlines in the Amended Scheduling Order. [Adv. Docket No. 136].

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard, #302, Sherman Oaks, California 91423.

29979248v.1

-2-

PLEASE TAKE FURTHER NOTICE that on November 23, 2022, the Defendant filed a Reply in Support of the Motion to Extend Deadlines in the Amended Scheduling Order. [Adv. Docket No. 139].

PLEASE TAKE FURTHER NOTICE that all briefing with respect to the Motion has been completed.

|  |  |
|---|---|
| Dated: December 1, 2022 | **WHITE AND WILLIAMS LLP** |
|  | By: */s/ Rochelle L. Gumapac* |
|  | Rochelle L. Gumapac (DE Bar No. 4866) |
|  | Agatha C. Mingos (DE Bar No. 5642) |
|  | 600 N. King Street, Suite 800 |
|  | Wilmington, Delaware 19801 |
|  | Telephone: (302) 467- 4531 |
|  | gumapacr@whiteandwilliams.com |
|  | mingosa@whiteandwilliams.com |
|  |  |
|  | and, |
|  |  |
|  | Heidi J. Sorvino (*pro hac vice pending*) |
|  | James Vandermark (*pro hac vice pending*) |
|  | Travis Powers (*pro hac vice pending*) |
|  | 7 Times Square, Suite 2900 |
|  | New York, New York 10036 |
|  | sorvinoh@whiteandwilliams.com |
|  | vandermarkj@whiteandwilliams.com |
|  |  |
|  | *Attorneys for Defendant Kenneth Halbert* |

29979248v.1