# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> WOODBRIDGE GROUP OF ) <br> COMPANIES, LLC, *et al.,* ) <br> ) <br> Remaining Debtors. ) <br> ) <br> ──────────────────────────── ) <br> ) <br> MICHAEL GOLDBERG, in his capacity as ) <br> Liquidating Trustee of the WOODBRIDGE ) <br> LIQUIDATION TRUST, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KENNETH HALBERT, ) <br> ) <br> Defendant. ) <br> ) <br> ──────────────────────────── ) | Chapter 11 <br><br> Case No. 17-12560 (JKS) <br> (Jointly Administered) <br><br> Adversary Proceeding No. 19-51027 (JKS) <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

The undersigned hereby certifies that on December 2, 2022, a true and correct copy of

**DEFENDANT KENNETH HALBERT'S EXPERT REPORT** was caused to be served via

Electronic Mail, upon the following:

| | |
|---|---|
| Jason S. Pomerantz, Esq. <br> Colin R. Robinson, Esq. <br> PACHULSKI STANG ZIEHL & JONES LLP <br> 919 North Market Street, 17th Floor <br> P.O. Box 8705 <br> Wilmington, DE  19899 | Michael L. Tuchin, Esq. <br> Robert J. Pfister, Esq. <br> Samuel M. Kidder <br> KTBS LAW LLP <br> 1801 Century Park East, 26th Floor <br> Los Angeles, CA  90067 |

(*Counsel for the Plaintiff*)

DATED:  December 7, 2022            Respectfully submitted,

/s/ Rochelle Gumapac
Rochelle Gumapac (DE#4866)
WHITE AND WILLIAMS LLP
600 N. King Street, Suite 800
Wilmington, Delaware 19801
Phone: (302) 654-0424
E-mail: gumapacr@whiteandwilliams.com

30009943v.1