# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, | Adv. Proc. No. 19-51027 (JKS) |
| Plaintiff, | |
| v. | |
| KENNETH HALBERT, | |
| Defendant. | |

## NOTICE OF SERVICE OF SUBPOENA

**PLEASE TAKE NOTICE** that counsel for Defendant Kenneth Halbert caused to be served a Subpoena to Testify at a Deposition in a Bankruptcy Case (Or Adversary Proceeding) upon Robert Reed as evidenced by the proof of service attached hereto as **Exhibit A**.

Dated: January 24, 2023

**WHITE AND WILLIAMS LLP**

By: */s/ Rochelle L. Gumapac*
Rochelle L. Gumapac (DE Bar No. 4866)
Agatha C. Mingos (DE Bar No. 5642)
600 N. King Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 467- 4531
gumapacr@whiteandwilliams.com
mingosa@whiteandwilliams.com

and,

Heidi J. Sorvino (*pro hac vice pending*)
Travis Powers (*pro hac vice pending*)
7 Times Square, Suite 2900

-2-

New York, New York 10036
sorvinoh@whiteandwilliams.com
powerst@whiteandwilliams.com

*Attorneys for Defendant Kenneth Halbert*

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE


*235796*

AFFIDAVIT OF SERVICE

Index no : 17-12560 (JKS) Chapter 7

In Re: Woodbridge Group of Companies, LLC, et al; Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidating Trust

    Plaintiff(s),
vs.

Kenneth Halbert

    Defendant(s).
_____/

STATE OF CONNECTICUT
                  ss: East Hartford
HARTFORD COUNTY

Ethan Yade, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On 01/06/2023 at 5:10 PM, I served the within **Notice of Intent to Serve Subpoena with Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding) and Exhibit A** on Robert Reed at 169 Mirtl Road, Willington, CT 06279 in the manner indicated below:

INDIVIDUAL: By delivering a true copy of each to said recipient personally; deponent knew the person to be the person described as said person therein.

Comments: 1/2/23 @ 3PM - Single family brown house. Dog barking. No answer. Left notice.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | White | Bald | 35 | 5'9" | 165 |
| Other Features: Married to Tara Reed | | | | | |

Your deponent asked the person spoken to whether the Recipient was in the active military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, Recipient is not in the military service.

Sworn to and subscribed before me on
January 10, 2023
by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC
My Commission Expires: _____

X_____
Ethan Yade
Dennis Richmans Services
4 Neshaminy Interplex Drive, Ste. 108
Trevose, PA 19053
215-977-9393
Atty File#:

AMY J. CHANTRY
*NOTARY PUBLIC*
MY COMMISSION EXPIRES 3/31/23