# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*, | |
| Plaintiff, | Adv. Proc. No.: 19-51027 (JKS) |
| v. | |
| Kenneth Halbert, | |
| Defendant. | **Ref Docket No. 153** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SHARNA WILSON, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

2. On March 21, 2023, I caused to be served the "Notice of Service of Amended and Restated Discovery Responses" dated March 20, 2023 [Docket No. 153], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>.

*/s/ Sharna Wilson*
Sharna Wilson

Sworn to before me this
22nd day of March, 2023
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2026

# EXHIBIT A

Woodbridge Group of Companies, LLC, *et al*. - Adversary Case no. 19-51027 (JKS)

Electronic Mail Parties

| Name | Email |
|---|---|
| White and Williams LLP | gumapacr@whiteandwilliams.com; mingosa@whiteandwilliams.com; sorvinoh@whiteandwilliams.com; vandermarkj@whiteandwilliams.com; powerst@whiteandwilliams.com |