**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| WOODBRIDGE GROUP OF ) | |
| COMPANIES, LLC, *et al.,* ) | Case No. 17-12560 (JKS) |
| ) | (Jointly Administered) |
| Remaining Debtors. ) | |
| ) | |
| ──────────────────────────── ) | Adversary Proceeding No. 19-51027 (JKS) |
| ) | |
| MICHAEL GOLDBERG, in his capacity as ) | JURY TRIAL DEMANDED |
| Liquidating Trustee of the WOODBRIDGE ) | |
| LIQUIDATION TRUST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KENNETH HALBERT, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ──────────────────────────── ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on May 4, 2023, a true and correct copy of

**DEFENDANT KENNETH HALBERT'S SUPPLEMENTAL EXPERT REPORT** was

caused to be served via Electronic Mail, upon the following:

| | |
|---|---|
| Jason S. Pomerantz, Esq.<br>Colin R. Robinson, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899 | Michael L. Tuchin, Esq.<br>Robert J. Pfister, Esq.<br>Samuel M. Kidder<br>KTBS LAW LLP<br>1801 Century Park East, 26th Floor<br>Los Angeles, CA  90067 |

(*Counsel for the Plaintiff*)

DATED:  May 5, 2023    Respectfully submitted,

*/s/ Rochelle Gumapac*
Rochelle Gumapac (DE#4866)
WHITE AND WILLIAMS LLP
600 N. King Street, Suite 800
Wilmington, Delaware 19801
Phone: (302) 467-4531
E-mail: gumapacr@whiteandwilliams.com

30634238v.1