# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>     Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*,<br><br>     Plaintiff,<br><br>     v.<br><br>Kenneth Halbert,<br><br>     Defendant. | Adv. Proc. Case No. 19-51027 (JKS) |

## STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust (the "Plaintiff") and Kenneth Halbert, (the "Defendant"), through their respective attorneys of record, representing all parties to this action, that this entire action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Federal Rule of Bankruptcy Procedure 7041, with each party to bear its own costs, attorneys' fees, and expenses.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

This stipulation may be executed in one or more separate counterparts, each of which, when so executed, shall be deemed to be an original. Digital and/or physical copies of said counterparts shall be effective as originals for all purposes.

Dated: August 22, 2023

| PACHULSKI STANG ZIEHL & JONES LLP | WHITE AND WILLIAMS LLP |
|---|---|
| */s/ Colin R. Robinson* | */s/ Agatha C. Mingos* |
| Richard M. Pachulski (CA Bar No. 90073) | Rochelle L. Gumapac (DE Bar No. 4866) |
| Andrew W. Caine (CA Bar No. 110345) | Agatha C. Mingos (DE Bar No. 5642) |
| Bradford J. Sandler (DE Bar No. 4142) | 600 N. King Street, Suite 800 |
| Jason S. Pomerantz (CA Bar No. 157216) | Wilmington, DE 19801 |
| Colin R. Robinson (DE Bar No. 5524) | Telephone: (302) 654-0424 |
| 919 N. Market Street, 17th Floor | Facsimile: (302) 654-0245 |
| P.O. Box 8705 | Email: gumapacr@whiteandwilliams.com |
| Wilmington, DE 19801 | mingosa@whiteandwilliams.com |
| Telephone: (302) 652-4100 | |
| Facsimile: (302) 652-4400 | -and- |
| Email: rpachulski@pszjlaw.com | |
| acaine@pszjlaw.com | Heidi J. Sorvino |
| bsandler@pszjlaw.com | Travis Powers |
| jspomerantz@pszjlaw.com | 7 Times Square, Suite 2900 |
| crobinson@pszjlaw.com | New York, NY 10036 |
| | Telephone: (212) 244-9500 |
| -and- | Facsimile: (212) 244-6200 |
| | Email: sorvinoh@whiteandwilliams.com |
| KTBS LAW LLP | powerst@whiteandwilliams.com |
| *f/k/a Klee, Tuchin, Bogdanoff & Stern LLP* | |
| Kenneth N. Klee (admitted *pro hac vice*) | *Counsel to the Defendant* |
| Michael L. Tuchin (admitted *pro hac vice*) | |
| David A. Fidler (admitted *pro hac vice*) | |
| Robert J. Pfister (admitted *pro hac vice*) | |
| 1801 Century Park East, 26th Floor | |
| Los Angeles, CA 90067 | |
| Telephone: (310) 407-4000 | |
| Facsimile: (310) 407-9090 | |
| | |
| *Counsel to the Plaintiff* | |