# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>　　　　Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>Kenneth Halbert,<br><br>　　　　Defendant. | Adv. Proc. No.: 19-51027 (JKS)<br><br><br><br>**Ref Docket No. 161** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　)
　　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　)

SHARNA WILSON, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 22, 2023, I caused to be served the "Stipulation of Dismissal of Action with Prejudice" dated August 22, 2023 [Docket No. 161], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A, on August 23, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Sharna Wilson*
　　　　　　　　　　　　　　　　　　　　　　　　Sharna Wilson

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

**EXHIBIT A**

**WOODBRIDGE GROUP OF COMPANIES, LLC,** *et al.***,**
**Adv. Proc. Case No. 19-51027(JKS)**
**Electronic Mail Additional Parties**

mingosa@whiteandwilliams.com
gumapacr@whiteandwilliams.com
sorvinoh@whiteandwilliams.com
powerst@whiteandwilliams.com